NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

THE LAW OFFICE OF FAHAD SHARIF, PC FAHAD SHARIF, ESQ. (SBN# 322563)
fshariflaw@gmail.com
ROGER L. WILKERSON, III, ESQ. (SBN #327889)
roger@lawrriorinc.com
18960 Ventura Blvd #440
Tarzana, CA 91356
Telephone:  (310) 361-5614
Facsimile:  (310) 362-0434

ATTORNEY(S) FOR:   JOHN EVANS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN EVANS, an individual,

Plaintiff(s),

v.

NBCUNIVERSAL MEDIA, LLC, a corporation; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC, a corporation;  JERRY SEINFELD, an individual; STACEY SNIDER, an individual, and DOES, 1 to 10, inclusive,

Defendant(s).

CASE NUMBER:

2:21-cv-00984

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    JOHN EVANS
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| (1) NBCUNIVERSAL MEDIA, LLC, a corporation; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC, a corporation; <br> (2) JERRY SEINFELD, an individual; <br> (3) STACEY SNIDER, an individual, and <br> (4) DOES, 1 to 10, inclusive, | (1) Owns the infringing film; knowledgeably and willfully infringed upon Plaintiff's copyright; <br> (2) knowledgeably and willfully infringed upon Plaintiff's copyright; <br> (3) knowledgeably and willfully infringed upon Plaintiff's copyright; and <br> (4) knowledgeably and willfully infringed upon Plaintiff's copyright but names are not available pre-discovery |

2/5/2021
Date

*Roger L. Wilkerson, Esq.*
Signature

Attorney of record for (or name of party appearing in pro per):

Roger L. Wilkerson, Esq.