# EXHIBIT 1

# CERTIFICATE OF REGISTRATION




## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu 2–399–668**



PA          PAU



UNITED STATES COPYRIGHT OFFICE

★ THE LIBRARY OF CONGRESS ★

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

EFFECTIVE DATE OF REGISTRATION

April 14 1999
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

*Bee Movie*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

*The Bee Movie*

**NATURE OF THIS WORK ▼** See instructions

---

**2 a**

**NAME OF AUTHOR ▼**  John Q. Evans

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼  Animated Screenplay

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3 a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.  1999 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

John Q. Evans
745 W. 98th St  L.A. 90044 Ca.

**APPLICATION RECEIVED**
APR 14 1999
**ONE DEPOSIT RECEIVED**
APR 14 1999
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE OFFICE USE ONLY*

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

# EXHIBIT
# 2

John Evans
P.O. Box 431333
L.A. 90043 Ca





UNITED STATES POSTAL SERVICE

U.S. POSTAGE
PAID
L.A. CA
90043
MAR 29 '99
AMOUNT
**$8.97**

U.S. POSTAGE
PAID
L.A. CA
90043
MAR 29 '99
AMOUNT
**$6.00**
0000
00032642-07

U.S. POSTAGE
PAID
L.A. CA
90043
MAR 29 '99
AMOUNT
**$1.65**
0000   90043
00032642-07

John Evans
P.O. Box 431333
L.A. 90043 Ca

REGISTERED

# EXHIBIT

# 3



**STACEY SNIDER**
CO-CHAIRMAN UNIVERSAL PICTURES

August 30, 1999

John Morgan Evans
745 W. 98th Street
Los Angeles, CA 90044

RE: BEE MOVIE

Dear John,

Thank you for submitting BEE MOVIE.

It's a humorous and entertaining story, and contained many delightful moments. Although it is not something the studio would like to pursue at this time, I would like to offer one of our story analyst's comments if you are interested in doing more work on your script.

There's a cute idea for an animated feature here, with some promising character concepts. But the material could use some organization; the plot lacks focus.

That's partially due to the way the story cuts back and forth between various characters very quickly at the start, which leads to some confusion. It would be good to hang out with the important bees for a longer stretch, so that we'd get to know them better and begin to root for them.

The basic structure overall is what really needs attention. The "Rey and Bumble" storyline and the "Honey Bees v. Killer Bees" storyline never quite come together. There's little sense of a central conflict that builds to a satisfying climax. After all the fighting between Rey and Babe, a sudden fire accidentally set off by the Pastor saves the honey bee hive. Couldn't Rey be more involved in the big finish?

Set-ups for minor plot developments also lack pay-offs. For example, Babe gets threatened by Would Bee and Could Bee early on – but they then disappear from the plot until the big fight at the end. It's unclear what Rey's metamorphosis is all about; if it does actually occur, we never get to see it and understand it.

While Rey is an appealing misfit, Honey Bee and his other friends are only sketchily suggested. We get that Chubbee is overweight, but the other bees could use stronger personalities. The supporting characters in THE LION KING, for example, are all vivid and memorable, as are the featured ants in ANTZ. Babe is on his way towards being a well-rounded bad guy, because he's insecure (no sting!); it would be great to see him as an even more "human" villain.

**UNIVERSAL STUDIOS**
100 UNIVERSAL CITY PLAZA  UNIVERSAL CITY CA 91608  TEL 818 777 7982  FAX 818 866 2151
E-MAIL stacey.snider@unistudios.com
www.universalstudios.com



It would also help to let the audience in on the rules of the story's world.  While the writer has obviously done research on types of bees and bee activities, the story would be even more fun and involving if more bee information could be conveyed.  We'd like more of an explanation of why the killer bees are after the honey bees on the drones' behalf.  A BUG'S LIFE, for example, laid out all the necessary information (i.e. concerning ants and grasshoppers) very clearly in its opening.

John, I hope this will be helpful to you.  Thanks again for thinking of me and I wish you the best of luck in seeing your project to fruition.

Warm regards,

Stacey Snider

SS/lb
encl.



**STACEY SNIDER**
CO-CHAIRMAN UNIVERSAL PICTURES

October 26, 1999

John Morgan Evans
745 W. 98th Street
Los Angeles, CA 90044

RE: TODAY TOMORROW

Dear John,

Thank you for submitting TODAY TOMORROW.   While you clearly have creative ideas about the future environment, this script could benefit from more detailed characters and a better defined structure.  As with BEES, your previous submission, I would like to offer one of our story analyst's comments if you are interested in doing more work on your script.

While this script addresses resonant racial issues and hints at an intriguing future world, its significant structural issues, character confusion, and lack of clarity about its futuristic setting make for a difficult read.

One gets the sense upon reading this script that the writer has a clearer idea about the story, the world, the characters, and the themes than is actually expressed in the screenplay itself.  There are certainly clear, important themes, notably a look at racial oppression and an exploration (perhaps somewhat muddled, but certainly present) of women's issues and female empowerment.  However, these themes unfortunately take place within an overall context that is not so clear.

The first area of concern is the structure.  The script has an unconventional, two-part structure, with a first section that focuses upon woman protagonist JONI and a shorter second section that examines her father JAEPHUS.  This overarching structure tends to play against the traditional (and typically desirable) three-act structure that we tend to see in studio screenplays.  The net result is a script that basically builds separately two major events in the separate sections -- Joni's trip to Alaska in the first section and Jaephus' success in getting into the tunnels in the second.  These almost feel more like short stories in their structure, building to a singular event rather than creating the complications and reversals we tend to see within a traditional three-act piece.  Essentially, what seems to be missing here is what one typically finds within a second act in a regular screenplay -- complication, dramatic irony and reversals, subplots, and multiple narrative strands that resolve into a conclusion.

**UNIVERSAL STUDIOS**
100 UNIVERSAL CITY PLAZA  UNIVERSAL CITY CA 91608  TEL 818 777 7982  FAX 818 866 2151
E-MAIL stacey.snider@unistudios.com
www.universalstudios.com



A clear narrative progression is also an issue. While Joni's conflicts eventually become apparent, they are not set up in a strong story-oriented fashion that presents concrete problems and complications that build upon each other. Instead, Joni's issues are presented more from a character point of view, but this leaves us without a strong central storyline. We get incidents that reflect upon the society and Joni's issues, but no narrative center that can provide a spine for the movie.

Unfortunately, the problems here are not solely structural. The screenplay also stumbles in terms of the clarity of the world that it is trying to create. While there are intriguing ideas here -- the "rag," the futuristic jobs program, etc -- none of them are clear enough to really come to life. One never really understands how the "rag" works, the jobs system and the whole structure of this future society remains unclear, and there are many questions about the way things work in this future world that are simply never addressed. This is particularly important in a science fiction script, as a huge part of what makes this type of sci-fi interesting is the realism, the believability, and the creativity of the future worlds. This script definitely offers some creativity, but it hasn't tempered this with realism and believability. Weak science is also an ancillary issue here -- as sci-fi fans tend to be well-educated about science, blatant scientific stretches (such as the odd moment here in which a futuristic technology is given credit for watch-phones which in reality could be built today) are a particular problem for believability.

The believability of the future world is also an issue in making the race and gender themes at the root of this script emotionally and intellectually accessible. Since the future world doesn't feel organic right now, its dystopian racial oppression and gender inequality feels as if it exists solely to grind an axe about these issues in real life. While a connection to real-life themes is of course a major point, the elements need to feel real and to be narratively justified for this to reach the hearts of the audience. Otherwise, this becomes a political diatribe rather than a movie.

Character work is difficult to address in this script because the characters are such a part of the contextless, hard-to-understand future world. The emotional conflict between Joni and little sister TUKI is clear enough, as is their affection (although the bizarre scenes that address bad breath, which appear to have been included for comic relief, really don't work and should be replaced with something more tender). However, no one here really comes alive as people with interior psychologies. Part of the problem may be that characters are used too much for exposition. Another issue is that sociological concerns (gender, race, class, etc) or roles in society (cops, rich people, criminals, etc) seem to dominate the creation of the characters rather than internal psychology, concrete, emotionally accessible motivations, etc. This writer would do well to step aside from the thematic agenda here, loosen the focus upon character types, and re-address the characters here with a stronger focus on individuality, psychological realism, and specific, emotionally driven motivation. Dialogue is an ancillary issue, with an attendant need for greater realism. In particular, characters need to exhibit individual diction choices,



rhythmic patterns, and emotional drives in their dialogue that can flesh them out as people.  Currently, they all sound a little too similar and tend to express either thematic concerns or expository material.

Overall, this script exhibits imagination, but needs to focus much more upon the writing process in order to hone that imagination into a workable, believable movie.

John, I hope this will be helpful to you.  Thanks again for thinking of me and I wish you the best of luck in seeing your project to fruition.

Warm regards,

Stacey Snider

SS/lb
encl.

# EXHIBIT
# 4

# Bee Movie (2007)

### Summary

| | |
|---|---|
| AKA | Arı Filmi, Bee Movie - A Historia De Uma Abelha, Bee Movie - Das Honigk omplott |
| | Arı Filmi, Bee Movie - A Historia De Uma Abelha, Bee Movie - Das Honigk omplott, Bee Movie - Das Honigkomplott, Bee Movie - Drôle d'abeille, Bee movie, la historia de una abeja, Bee Movie: povestea unei albine, Bitės filmas, Film o pszczołach, Mézengúz, Pán V_ielka, Pan Včelka, Би Муви: медовый заговор, История с пчели |
| Status | Released |
| Genres | Animated, Comedy |
| Keywords | cgi |
| Start Date | 10/31/2005 |
| Wrap Date | Summer 2007 |
| US Release Date | 11/02/2007 |
| Int'l Release Date | 11/01/2007 |
| DVD Release Date | 03/11/2008 |
| Budget | $150,000,000 (Studio System) |
| US Box Office | $126,597,121 |
| Worldwide Cume | $281,797,121 |
| Directors | Steve Hickner, Simon J Smith |
| Writers | Jerry Seinfeld, Spike Feresten, Barry Marder, more... |
| Actors | Jerry Seinfeld, Renée Zellweger, Kathy Bates, more... |
| Studio | DreamWorks Animation |
| Development Notes | Based on an original idea by Jerry Seinfeld. |

Created: Dec 9 2003 01:04 PM  Last update: Jul 23 2019 02:52 AM  ID: 4807705

## Credits

### Company

| Name | Credit | Credited As |
|---|---|---|
| DreamWorks Animation | Studio | |

| Paramount Pictures | Domestic Theatrical Distributor (Canada-F) |
|---|---|
| CJ Entertainment | Foreign Theatrical Distributor (South Korea) |
| Forum | Foreign Theatrical Distributor (Lithuania) |
| United International Pictures | Foreign Theatrical Distributor (Argentina, Greece, Thailand, South Africa, United Arab Emirates, Austria, Chile, Denmark, Egypt, Finland, Hungary, Jordan, Norway, Poland, Singapore, Sweden, Turkey, Switz CH-D, Switz CH-F, Switz CH-IT) |
| Sam Film | Foreign Theatrical Distributor (Iceland) |
| Paramount Pictures International (PPI) | Foreign Theatrical Distributor (Australia, United Kingdom) |
| Ro Image 2000 | Foreign Theatrical Distributor (Romania) |
| Universal Pictures International | Foreign Theatrical Distributor (Netherlands, Italy) |
| Asmick Ace Inc. | Theatrical Distributor (Japan) |
| Blitz-Cine Star | Theatrical Distributor (Croatia) |
| Bontonfilm | Theatrical Distributor (Czech Republic) |
| Dreamland | Theatrical Distributor (Brazil) |
| Empire | Theatrical Distributor (Lebanon) |
| FK | Theatrical Distributor (Finland) |
| Gulf Film, LLC | Theatrical Distributor (United Arab Emirates) |
| Intercontinental Film Distributors | Theatrical Distributor (Hong Kong) |
| MSD | Theatrical Distributor (Viet Nam) |
| Taramount | Theatrical Distributor (Serbia) |
| Tatra Film | Theatrical Distributor (Slovakia) |
| VIN | Theatrical Distributor (Ukraine) |
| ZON Lusomundo (now part of NOS Audiovisuals) | Theatrical Distributor (Portugal) |

| DreamWorks Home Entertainment | Domestic Video Distributor |
|---|---|
| Columbus 81 Productions | Film Financier |

## Actor

| Name | Credit | Credited As |
|---|---|---|
| Jerry Seinfeld | Voice of Barry B. Benson | |
| Renée Zellweger | Voice of Vanessa | |
| Kathy Bates | Voice of Janet Benson | |
| Oprah Winfrey | Voice of Judge Bumbleton | |
| Matthew Broderick | Voice of Adam Flayman | |
| Patrick Warburton | Voice of Ken | |
| Larry King | Voice of Bee Larry King | |
| Ray Liotta | Voice of Ray Liotta | |
| John Goodman | Voice of Layton T. Montgomery | |
| Rip Torn | Voice of Lou Lo Duca | |
| Chris Rock | Voice of Mooseblood | |
| Megan Mullally | Voice of Trudy | |
| Larry Miller | Voice of Buzzwell | |
| Barry Levinson | Voice of Martin Benson | |
| Sting | Voice of Sting | |
| Michael Richards | Voice of Bud Ditchwater | |
| Mario Joyner | Voice of Jackson | |
| Jim Cummings | Voice of Title Narrator | Jim Cummings |
| Jim Cummings | Voice of Graduation Announcer | Jim Cummings |
| Tom Papa | Voice of Splitz | |
| Tom Papa | Voice of Klauss Vanderhayden | |
| Andy Robin | Voice of Jock #2 | |
| David Moses Pimentel | Voice of Hector | |
| Chuck Martin | Voice of Andy | |

| Conrad Vernon | Voice of Freddy | |
| David Herman | Voice of Buzz, Bob Bumble, Pilot | |
| Carol Leifer | Voice of Press Person #1 | |
| Jeff Altman | Voice of Uncle Carl | |
| Brian Hopkins | Voice of Sandy Shrimpkin, TSA Agent | |
| Tress MacNeille | Voice of Jeanette Chung, Mother, Cow | |
| Nathan D. Morrissey | Voice of Boy Crying, Timmy | |
| Olivia Mattingly | Voice of Little Girl | |
| Simon J Smith | Voice of Truck Driver, Chet | |
| Geoff Witcher | Voice of Press Person #2, Jock #1 | |
| John DiMaggio | Voice of Janitor, Bailiff | John Di Maggio |
| Barry Marder | Voice of Waterbug | |
| Sean Bishop | Voice of Ladybug | |

## Director

| Name | Credit | Credited As |
| --- | --- | --- |
| Steve Hickner | Director | |
| Simon J Smith | Director | |

## Producer

| Name | Credit | Credited As |
| --- | --- | --- |
| Jerry Seinfeld | Producer | |
| Steven Spielberg | Producer | |
| Christina Steinberg | Producer | |
| Mark Swift | Co-Producer | |
| Cameron Stevning | Associate Producer | |

## Writer

| Name | Credit | Credited As |
| --- | --- | --- |
| Jerry Seinfeld | Screenplay | |

| | |
|---|---|
| Spike Feresten | Screenplay |
| Barry Marder | Screenplay |
| Andy Robin | Screenplay |
| David Moses Pimentel | Head of Story |
| Chuck Martin | Additional Screenplay Material |
| Tom Papa | Additional Screenplay Material |

## Production Management

| Name | Credit | Credited As |
|---|---|---|
| Angela Lepito | Production Supervisor | |
| Marny Nahrwold | Production Supervisor | |
| David Yanover | Production Supervisor (Story) | |
| Joe Crowley | Production Supervisor (Editorial Dept.) | |
| Stacey Ernst | Production Supervisor (Art Department) | |
| Carrie Wilksen | Production Supervisor (Art Department) | |
| Erik Pope | Production Supervisor (Story) | |
| Susan Erokan | Additional Production Supervisor | |
| Jenne Guerra | Production Supervisor (Layout) | |
| Christopher Leahy | Production Supervisor (Modeling & Surfacing) | |
| Erik Pope | Production Supervisor (Animation) | |
| Adam Brown | Production Supervisor (Character Technical Direction & Character Effects) | |
| John S Kokum | Production Supervisor (Lighting) | |
| Alison Fedrick | Additional Production Supervisor (Lighting) | |
| Mike Kershner | Production Supervisor (Effects) | Michael Kershner |
| Lisa O'Brien | Production Supervisor (Matte Painting) | |

| | | |
|---|---|---|
| Robyn Mesher | Production Supervisor (Paint Fix) | |
| Craig Rittenbaum | Central Supervisor | |
| Tony Cosanella | Production Manager | |
| Deven Riley LeTendre | Production Manager | |
| Barbara Cimity | Global Department Manager (Dreamworks Animation Studio Production) | Barb Cimity |
| Darci Zalvin | Global Department Manager (Dreamworks Animation Studio Production) | |
| Andrew Birch | Post Production Manager | |
| Sarah Counnas | Technology Production Manager (Dreamworks Animation Technology) | |
| Stacy Rentel | Technology Production Manager (Dreamworks Animation Technology) | |
| David Yanover | Post-Production Supervisor | |
| Miles DeLong | Script Coordinator | |
| Wayne Hellinger | Post-Production Coordinator | |
| Mark Schoellkopf | Post-Production Coordinator | |
| Mylissa Fitzsimmons-Grieve | Production Coordinator | |
| Derek Scott McClurg | Production Coordinator | |
| Jon Eric Schmidt | Production Coordinator | |
| Joshua Pruett | Additional Production Coordinator | |
| Ashleigh Brooke Abele | Production Coordinator (Animation) | |
| Lawrence D Weisberg | Production Coordinator (Animation) | |
| Michael Zavala | Production Coordinator (Layout) | |
| Joni Thissen | Production Coordinator (Modeling & Surfacing) | |
| Tracy Larson | Production Coordinator (Lighting) | |
| Liska Ostojic | Production Coordinator (Lighting) | |
| Malia P Russell | Production Coordinator (Lighting) | |
| Colin de Andrade | Additional Production Coordinator (Lighting) | |

| | |
|---|---|
| Angel G Salinas | Production Coordinator (Effects) |
| Pat Connolly-Sito | Production Coordinator (Matte Painting) |
| Ryan Genji Thomas | Production Coordinator (Paint Fix) |
| Danielle Blanchard | Production Coordinator (Paint Fix) |
| Jesica Lopez | Production Office Coordinator |
| Jim Surace | Production Office Coordinator |

## Camera, Film & Tape

| Name | Credit | Credited As |
|---|---|---|
| Kevin Cloepfil | Video Transfer | |
| Gene Goins | Projectionist | |
| Kyle Pascucci | Film & Color Supervisor | Kyle D Pascucci |
| Baron Northrop | Film & Color Technician | Baron C Northrop |
| Tim Peeler | Digital Colorist | |
| Terry Claborn | Color Timer | |

## Editor

| Name | Credit | Credited As |
|---|---|---|
| Nick Fletcher | Editor | |
| Joseph R Thygesen | Additional Editing | |
| Steven P Moder | Editorial Systems Manager | Steven Moder |
| Paul Parmer | Editorial Systems Engineer | |
| Michael Cady | Editorial Systems Engineer | |
| Mo Henry | Negative Cutter | |
| James Ryan | Associate Editor | |
| Marcus Taylor | Associate Editor | |
| Daniel Fort | 1st Assistant Editor | Daniel A Fort |
| Darrin Ly | Assistant Editor | |
| Lisa Davis-Larry | Assistant Editor | |

| | |
|---|---|
| Paul Neal | HD Assistant Editor |
| Brian Hopkins | Apprentice Editor |

## Music

| Name | Credit | Credited As |
|---|---|---|
| Marc Shaiman | Lyrics ("Thinkin' Bee") | |
| Jerry Seinfeld | Lyrics ("Thinkin' Bee") | |
| Lorne Balfe | Additional Music | |
| Halli Cauthery | Additional Music | |
| Michael Levine | Additional Music | |
| Mark Russell | Additional Music | |
| Ryeland Allison | Additional Music | |
| Heitor Pereira | Additional Music | |
| Steve Kofsky | Music Production Services | |
| Frank Ricotti | Marimba | |
| Gary Kettel | Percussion | |
| Paul Clarvis | Percussion | |
| Laurence Cottle | Specialist Musician | |
| Tony Clarke | Specialist Musician | |
| Julie Butchko | Music Clearances | |
| Marc Shaiman | Music ("Thinkin' Bee") | |
| Graham Preskett | Additional Orchestral Arrangements | |
| Rupert Gregson Williams | Score Conductor | |
| Alastair King | Score Conductor | |
| Gavin Greenaway | Score Conductor | |
| Charlotte Matthews | Assistant Orchestral Contractor | |
| Jenny O'Grady | Choral Coordinator | |
| Becky Bentham | London Score Coordinator (for HotHouse Music Ltd.) | |
| Nyree Pinder | Assistant Score Coordinator | |

| | | |
|---|---|---|
| Charlene Huang | Music Coordinator | |
| Jennifer Schiller | Music Coordinator | |
| J.J. George | Music Editor | |
| Kevin Crehan | Assistant Music Editor | |
| Thomas Broderick | Score Technical Engineer | |
| Pete Snell | Score Technical Engineer | Peter Oso Snell |
| Hans Zimmer | Executive Music Producer | |
| Bill Bottrell | Music Producer ("Here Comes the Sun") | |
| Marc Shaiman | Music Producer ("Thinkin' Bee") | |
| Rupert Gregson Williams | Music Orchestrator | |
| Rupert Gregson Williams | Original Music | |
| Alastair King | Music Orchestrator | |
| Geoffrey Alexander | Additional Orchestrator | |
| Tom Bowes | Orchestra Leader | |
| Stephen Henderson | Percussion | |
| Nick Wollage | Additional Recording | |
| Rupert Coulson | Additional Recording | |
| Alan Meyerson | Score Mixer | |
| Greg Vines | Score Mix Assistant | |
| Geoff Foster | Score Recorder | |
| Chris Barrett | Score Assistant Engineer | |
| Mat Bartram | Score Assistant Engineer | |
| Jake Jackson | Score Assistant Engineer | |
| Sam Okell | Score Assistant Engineer | |
| Alex Nutton | Score Assistant Engineer | |
| Paul Pritchard | Score Assistant Engineer | |
| Edward Elgar | Song ("Pomp and Circumstance") | |
| Jeff Barry | Song ("Sugar Sugar") | |

| Andy Kim | Song ("Sugar Sugar") | |
| George Harrison | Song ("Here Comes the Sun") | |
| The Archies | Song Performer ("Sugar Sugar") | |
| Sheryl Crow | Song Performer ("Here Comes the Sun") | |
| Jerry Seinfeld | Song Performer ("Thinkin' Bee") | |
| Matthew Broderick | Song Performer ("Thinkin' Bee") | |
| The Metro Voices | Choir | Metro Voices |

## Art Department

| Name | Credit | Credited As |
| --- | --- | --- |
| Alex McDowell | Production Designer | |
| Christophe Lautrette | Art Director | |
| Michael Hernandez | Associate Art Director | |
| Jennifer Lerew | Story Artist | |
| David Derrick | Story Artist | |
| Ken Morrissey | Story Artist | |
| Scott Santoro | Story Artist | |
| Toby Shelton | Story Artist | |
| Oliver Thomas | Story Artist | |
| Kathleen Thorson | Story Artist | |
| Nassos Vakalis | Story Artist | |
| Joel Crawford | Additional Story Artist | |
| Alfred Gimeno | Additional Story Artist | |
| Bret Haaland | Additional Story Artist | |
| Elizabeth Ito | Additional Story Artist | |
| Daan Jippes | Additional Story Artist | |
| Jennifer Kluska | Additional Story Artist | |
| Mark Koetsier | Additional Story Artist | |
| Claire Morrissey | Additional Story Artist | |

| | |
|---|---|
| Tom Shannon | Additional Story Artist |
| Jeff Snow | Additional Story Artist |
| Spyros Tsiounis | Additional Story Artist |
| Damon Bard | Sculptor |

## Casting

| Name | Credit | Credited As |
|---|---|---|
| Leslee Feldman | Casting | |
| Christi Soper | Casting Associate | |
| Ania Kamieniecki-O'Hare | Casting Assistant | Ania Kamieniecki |
| Elena Siegel | Casting Assistant | |

## Executive

| Name | Credit | Credited As |
|---|---|---|
| Richard Chuang | Special Projects (Dreamworks Animation Studio Production) | |
| Jane Hartwell | Special Project (Dreamworks Animation Studio Production) | |
| Ed Leonard | Chief Technology Officer (Dreamworks Animation Technology) | |
| Kate Swanborg | Technology Executive (Dreamworks Animation Technology) | |
| Nancy Bernstein | Head of Global Production (Dreamworks Animation Studio Production) | |
| Darin K Grant | Head of Production Technology (Dreamworks Animation Technology) | |
| Suzanne Buirgy | Production Executive (Dreamworks Animation Studio Production) | |
| Jill Hopper | Production Executive (Dreamworks Animation Studio Production) | |
| Sunny Park | Music Executive | |
| James Beshears | Editorial and Post Production Executive | |

## Consultants & Advisors

| Name | Credit | Credited As |
|------|--------|-------------|
| Mandy Richardville | Researcher | |
| Caprice A Ridgeway | Researcher | |

## Wardrobe, Hair & Makeup

| Name | Credit | Credited As |
|------|--------|-------------|
| Jane Poole | Costume Designer | |

## Sound

| Name | Credit | Credited As |
|------|--------|-------------|
| Rick Canelli | ADR Recordist | |
| Jack Blessing | ADR Group | |
| William Calvert | ADR Group | |
| David Cowgill | ADR Group | |
| Moosie Drier | ADR Group | |
| Chad Einbinder | ADR Group | |
| Jennifer Crystal | ADR Group | Jennifer Crystal Foley |
| Leigh French | ADR Group | |
| Sierra French-Myerson | ADR Group | |
| Eddie Frierson | ADR Group | |
| Elisa Pensler-Gabrielli | ADR Group | Elisa Gabrielli |
| Eileen Galindo | ADR Group | |
| Robert Jayne | ADR Group | |
| Jonathan Nichols | ADR Group | |
| Paul Pape | ADR Group | |
| Jacqueline Pinol | ADR Group | |
| Jill Sayre | ADR Group | |
| Justin Shenkarow | ADR Group | |
| Lisa Wilhoit | ADR Group | |
| Steve Slanec | ADR Editor | |

| | | |
|---|---|---|
| Thomas J O'Connell | ADR Mixer | Thomas O'Connell |
| Leigh French | ADR Voice Casting | |
| Luke Dunn Gielmuda | Foley Supervisor | |
| Jana Vance | Foley Artist | |
| Dennie Thorpe | Foley Artist | Dennis Thorpe |
| Ellen Heuer | Foley Artist | |
| Frank Rinella | Foley Mixer | Frank Aglieri-Rinella |
| Sean England | Foley Recordist | |
| Carlos Sotolongo | Recording Engineer (LA Studios) | |
| Larry Winer | Recording Engineer (LA Studios) | |
| Roy Latham | Recording Engineer (HSR/NY) | |
| Chad Roucroft | Recording Engineer (HSR/NY) | |
| Tom Lalley | Re-recording Engineer (Twentieth Century Fox Studios) | |
| Paul Pavelka | Re-recording Engineer (Twentieth Century Fox Studios) | |
| Tim Burby | Supervising Sound Assistant | |
| Randy Thom | Sound Designer | |
| William Files | Sound Designer | Will Files |
| Michael Silvers | Supervising Sound Editor | |
| Josh Gold | Sound Effects Assistant | |
| Scott Guitteau | Sound Effects Editor | |
| Kyrsten Mate Comoglio | Sound Effects Editor | |
| Andy Nelson | Sound Mixer | |
| Anna Behlmer | Sound Mixer | |
| Craig Heath | Recordist (Twentieth Century Fox Studios) | Craig 'Pup' Heath |
| Blake Cornett | Recordist (Twentieth Century Fox Studios) | |
| Matt Patterson | Recordist (Twentieth Century Fox Studios) | |
| William Files | Supervising Sound Editor | Will Files |

## Accounting

| Name | Credit | Credited As |
|---|---|---|
| Lynn Ezelle | Production Accountant | |
| Linda Joan Grant | Assistant Production Accountant | |

## Legal

| Name | Credit | Credited As |
|---|---|---|
| Dan Butler | Music Business Affairs | |
| Molly Hansen | Business and Legal Affairs | |

## Visual Effects & Animation

| Name | Credit | Credited As |
|---|---|---|
| Doug Cooper | Visual Effects Supervisor | |
| Michael A Miller | Additional FX Supervisor | |
| Craig Elliott | Visual Development Artist | |
| Mahesh Ramasubramanian | Effects (Artistic Supervision) | |
| Richard Daskas | Visual Development | |
| Fernando Benitez | Effects Lead | |
| James Young Jackson | Effects Lead | James Jackson |
| Paul Duncan | Visual Development | |
| Peter Maynez | Visual Development | |
| Spencer Knapp | Effects Lead | |
| Emil Mitev | Visual Development | |
| Alex Ongaro | Effects Lead | |
| Allen Ruilova | Effects Lead | |
| Tianyi Han | Visual Development | |
| Ruben Hickman | Visual Development | |
| Michael Isaak | Visual Development | |
| Kirsten Kawamura | Visual Development | |
| Olivia Mole | Visual Development | |
| Brett Michael Nystul | Visual Development | |

| | |
|---|---|
| Zhaoping Wei | Visual Development |
| Michael D Yamada | Visual Development |
| Felix Yoon | Visual Development |
| Armand Baltazar | Additional Visual Development |
| Kevin Conran | Visual Development |
| Seth Engstrom | Visual Development |
| Patrick Hanenberger | Visual Development |
| Bill Kaufmann | Visual Development |
| Steve Pilcher | Visual Development |
| Douglas Rogers | Visual Development |
| Paul Shardlow | Visual Development |
| Raymond Zibach | Visual Development |
| Nathan Detroit Warner | Pre-Visualization |
| Ron Frankel | Additional Pre-Visualization |
| Jotham Herzon | Additional Pre-Visualization |
| Jonathan Gibbs | Chief FX Architect (Dreamworks Animation Studio Production) |
| Lori A Arntzen | Technology Coordinator (Technology Coordination) |
| Laura Howe | Technology Coordinator (Technology Coordination) |
| Dan Malone | Technology Coordinator (Technology Coordination) |
| Jeff Nickerson | Technology Coordinator (Technology Coordination) |
| Laura Watts | Technology Coordinator (Technology Coordination) |
| David Burgess | Additional Animation Supervisor |
| Marek Kochout | Additional Animation Supervisor |
| Robert A Calvo | Technical Director (Artistic Supervision) |
| Maurice Bastian | Character Technical Director |
| Yakov Baytler | Character Technical Director |

| | | |
|---|---|---|
| Dominic Biladeau | Character Technical Director | |
| Sean X Chang | Character Technical Director | |
| Bart Coughlin | Character Technical Director | |
| Gilbert Davoud | Character Technical Director | |
| Ted Forgrave | Character Technical Director | |
| Milana Huang | Character Technical Director | |
| Penny Leyton | Character Technical Director | |
| Jeff Light | Character Technical Director | Jeffrey B Light |
| Nathan Loofbourrow | Character Technical Director | |
| Oyvind Nostdal | Character Technical Director | |
| Hongseo Park | Character Technical Director | |
| Kevin Rodgers | Character Technical Director | |
| Gaurav Shenai | Character Technical Director | |
| Jeff W Smith | Character Technical Director | Jeff Smith |
| Dug Stanat | Character Technical Director | |
| Matt Steele | Character Technical Director | |
| Patrick Taylor | Character Technical Director | |
| David Walden | Character Technical Director | |
| Dick Walsh | Character Technical Director | |
| Michael Ware | Character Technical Director | |
| Brent Watkins | Character Technical Director | |
| Steve R J Bell | Technical Director | |
| Robert Armstrong | Technical Director | |
| Michael Brainerd | Technical Director | |
| Russell R Dumornay | Technical Director | |
| Stephen Heidelberg | Technical Director | |
| T.J. Jackson | Technical Director | |
| Matt Johnson | Technical Director | |
| Paul A Mais | Technical Director | |

| | | |
|---|---|---|
| Madhavi Marigold Muppala | Technical Director | |
| Salvatore Richichi Jr. | Technical Director | |
| Allen Stetson | Technical Director | |
| Jessi Stumpfel | Technical Director | |
| Amy Sun | Technical Director | |
| Michael Wilhelmi | Technical Director | |
| Eve Wong | Technical Director | |
| Greg Wuller | Technical Director | |
| Mark Orser McGuire | Head of Global Technical Direction (Dreamworks Animation Studio Production) | |
| Ariandy Chandra | Titles | |
| Jim Mainard | Head of Research and Development (Dreamworks Animation Technology) | James A Mainard |
| Jeffrey Wike | Director (Research and Development) | |
| Andy Pearce | Director (Research and Development) | |
| Sanjay Das | Director (Research and Development) | |
| William Ballew | Manager (Research and Development) | |
| Chuck Lingle | Manager (Research and Development) | |
| Ronald D Henderson | Manager (Research and Development) | |
| Anna Newman Ghani | Manager (Research and Development) | Anna Newman |
| Nathan Wilson | Manager (Research and Development) | |
| Evan Smyth | Staff Engineer (Research and Development) | |
| Corrin Milewski | Supervisor (Research and Development) | |
| Gregory S Heflin | Technical Lead (Research and Development) | |
| Peter Cucka | Technical Lead (Research and Development) | |

| | | |
|---|---|---|
| Aadil Rhazi | Technical Lead (Research and Development) | |
| Deepak Tolani | Technical Lead (Research and Development) | |
| Barry Fowler | Technical Lead (Research and Development) | |
| Nicholas Long | Technical Lead (Research and Development) | Nick Long |
| Dwight Sikkema | Technical Lead (Research and Development) | |
| Graham B Whitted | Technical Lead (Research and Development) | Graham B Whitted, IV |
| Galen G Gornowicz | Technical Lead (Research and Development) | Galen Gornowicz |
| Gene Rogan | Technical Lead (Research and Development) | |
| Eric Tabellion | Technical Lead (Research and Development) | |
| Bruce Wilson | Technical Lead (Research and Development) | |
| Nhi Casey | Animation & Rigging Engineer (Research and Development) | Nhi Hua Casey |
| Mark J Matthews | Animation & Rigging Engineer (Research and Development) | |
| Renee Nash | Animation & Rigging Engineer (Research and Development) | |
| Kurt Schaefer | Animation & Rigging Engineer (Research and Development) | |
| Chloe Chao | Animation & Rigging Engineer (Research and Development) | |
| Pia Miniati | Animation & Rigging Engineer (Research and Development) | |
| Alex Powell | Animation & Rigging Engineer (Research and Development) | |
| Robert G Wilson | Animation & Rigging Engineer (Research and Development) | Rob Wilson |
| Daniel Yu | Animation & Rigging Engineer (Research and Development) | |

| | |
|---|---|
| Silviu Borac | FX Engineer (Research and Development) |
| Jennifer Fung | FX Engineer (Research and Development) |
| Jim Leuper | FX Engineer (Research and Development) |
| Josh Schpok | FX Engineer (Research and Development) |
| David Eberle | FX Engineer (Research and Development) |
| Sunil Hadap | FX Engineer (Research and Development) |
| Saty Raghavachary | FX Engineer (Research and Development) |
| A.J. Weber | FX Engineer (Research and Development) |
| Gigi Yates | FX Engineer (Research and Development) |
| Andrew Bonello | Imaging & Compositing Engineer (Research and Development) |
| Andrew Pilgrim | Imaging & Compositing Engineer (Research and Development) |
| Ron Woods | Imaging & Compositing Engineer (Research and Development) |
| Cheng-Jui Yu | Imaging & Compositing Engineer (Research and Development) |
| Erik Jasso | Infrastructure Engineer (Research and Development) |
| Gregg Carrier | Infrastructure Engineer (Research and Development) |
| Joshua F Richards | Infrastructure Engineer (Research and Development) |
| Kenichiro Tanaka | Infrastructure Engineer (Research and Development) |
| Ben Gamble | Infrastructure Engineer (Research and Development) |
| Rakesh Kushunapally | Infrastructure Engineer (Research and Development) |

| | | |
|---|---|---|
| Mark Rubin | Infrastructure Engineer (Research and Development) | |
| Abby Thompson | Infrastructure Engineer (Research and Development) | |
| Ali Lakhia | Infrastructure Engineer (Research and Development) | |
| Donald Schmidt | Infrastructure Engineer (Research and Development) | |
| Jason Williams | Infrastructure Engineer (Research and Development) | |
| Stephen Baker | QA Engineer (Research and Development) | Steve Baker |
| Will Bilton | QA Engineer (Research and Development) | |
| Dennis DeRyke | QA Engineer (Research and Development) | |
| Peter Miller | QA Engineer (Research and Development) | |
| Jacques Rendu | QA Engineer (Research and Development) | |
| Janet Breuer | PE Manager | |
| Edward A Bruno | Supervisor (Production Engineering) | |
| Gregory Brauer | Supervisor (Production Engineering) | |
| Amy McDonald Sandjideh | Supervisor (Production Engineering) | |
| Michael Seales | Supervisor (Production Engineering) | |
| Michael J Henderson | Supervisor (Production Engineering) | |
| Mitchell Amino | Prinicpal Engineer (Production Engineering) | |
| Holly Allen | Engineer (Production Engineering) | |
| Jayson DeLancey | Engineer (Production Engineering) | |
| Jerry Hebert | Engineer (Production Engineering) | |
| Michael J Pan | Engineer (Production Engineering) | |
| Greg Brentin | Engineer (Production Engineering) | |
| Simon Feltman | Engineer (Production Engineering) | |
| Mark Jackels | Engineer (Production Engineering) | |

| | | |
|---|---|---|
| Sreenivasa Pydi | Engineer (Production Engineering) | Sreenivasa Kumar Pydi |
| Kwesi Davis | Engineer (Production Engineering) | |
| Ben George | Engineer (Production Engineering) | |
| Mark A Kauffman | Engineer (Production Engineering) | |
| Laura Wood | Engineer (Production Engineering) | |
| Nishkar Grover | Engineer (Production Engineering) | |
| Edward Labao | Engineer (Production Engineering) | Ed Labao |
| Dave Young | Engineer (Production Engineering) | David Young |
| Lans H Carstensen | Manager (Systems Engineering) | |
| Michael Kiernan | Manager (Systems Engineering) | |
| Skottie Miller | Staff Engineer (Systems Engineering) | |
| Hans Ku | Alliance Manager (Systems Engineering) | |
| Micheal Cutler | System Architect (Systems Engineering) | |
| Sean Kamath | System Architect (Systems Engineering) | |
| Thomas A La Porte | System Architect (Systems Engineering) | |
| Larry S Lile | System Architect (Systems Engineering) | |
| Greg Bulman | Engineering System Administrator (Systems Engineering) | |
| Marc Fleury | Engineering System Administrator (Systems Engineering) | |
| Mark Lelles | Engineering System Administrator (Systems Engineering) | |
| Raffi Parikian | Engineering System Administrator (Systems Engineering) | |
| Scott Chapin | Engineering System Administrator (Systems Engineering) | |
| Tiffany L Hopper | Engineering System Administrator (Systems Engineering) | |
| Rich Marco | Engineering System Administrator (Systems Engineering) | Richard J Marco |

| | | |
|---|---|---|
| Daniel Rich | Engineering System Administrator (Systems Engineering) | |
| Christopher J Cugno | Engineering System Administrator (Systems Engineering) | |
| Jason Lee | Engineering System Administrator (Systems Engineering) | |
| Rezk Mekhael | Engineering System Administrator (Systems Engineering) | |
| Roberto Romo | Engineering System Administrator (Systems Engineering) | |
| John F. Detke | Engineering System Administrator (Systems Engineering) | |
| Jeff Lee | Engineering System Administrator (Systems Engineering) | Jeff Lee |
| John Kerry O'Sullivan | Engineering System Administrator (Systems Engineering) | |
| Stephen E Ross | Engineering System Administrator (Systems Engineering) | |
| Tim Toll | Engineering System Administrator (Systems Engineering) | |
| Neil Okamoto | Manager (System Operations) | |
| Carol J Choy | Supervisor (System Operations) | Carol J Shimabukuro Choy |
| Ed Granlund | Supervisor (System Operations) | |
| Scott A Kilty | Operations System Administrator (System Operations) | |
| John R Miller | Operations System Administrator (System Operations) | |
| Chris Reisor | Operations System Administrator (System Operations) | |
| Bart Feliciano | Operations System Administrator (System Operations) | |
| Anthony Lanni | Operations System Administrator (System Operations) | |
| Jalil Mohammed | Operations System Administrator (System Operations) | |
| Alvin Tenpo | Operations System Administrator (System Operations) | |

| | | |
|---|---|---|
| Jorge Gonzalez | Operations System Administrator (System Operations) | |
| Wen-Po Bobby Lee | Operations System Administrator (System Operations) | |
| Mike Pace | Operations System Administrator (System Operations) | |
| Arwin Tugade | Operations System Administrator (System Operations) | |
| John Harris | Operations System Administrator (System Operations) | |
| Derek Mann | Operations System Administrator (System Operations) | |
| Joanne Pham | Operations System Administrator (System Operations) | |
| George Villacres | Operations System Administrator (System Operations) | |
| Brandon Miles | Operations System Administrator (System Operations) | |
| Kenneth Pflum | Operations System Administrator (System Operations) | |
| Jasten Wine | Operations System Administrator (System Operations) | |
| Jeri Heit | Asset Management (System Operations) | |
| Aaron Marshall | Asset Management (System Operations) | |
| Barbara Ford | Manager (Post Technology) | |
| Marty Sixkiller | Media Tools Supervisor (Post Technology) | |
| John M Hanashiro | Imaging Tools Supervisor (Post Technology) | John Hanashiro |
| Stewart Birnam | Engineer (Post Technology) | |
| Mark W Kirk | Engineer (Post Technology) | |
| Fabio Lissi | Engineer (Post Technology) | |
| Karl Rasche | Engineer (Post Technology) | |
| Mark M Tokunaga | Manager (Digital Resource Management) | |

| | | |
|---|---|---|
| Emmanuel C Francisco | VSC/Halo Manager (Digital Resource Management) | |
| Richard F Rubio | Hardware Engineering Supervisor (Digital Resource Management) | |
| Gene Takahashi | Hardware Engineering Supervisor (Digital Resource Management) | |
| Brett L Alexander | Hardware Engineer (Digital Resource Management) | |
| Mauricio Brenes | Hardware Engineer (Digital Resource Management) | |
| Patrick Danford | Hardware Engineer (Digital Resource Management) | |
| Joanna Laurent | Hardware Engineer (Digital Resource Management) | |
| Alain Anton Banas | Hardware Engineer (Digital Resource Management) | |
| Michael Coronado | Hardware Engineer (Digital Resource Management) | Michael S Coronado |
| Adnan Ghani | Hardware Engineer (Digital Resource Management) | |
| Lindsay Oikawa | Hardware Engineer (Digital Resource Management) | |
| Ernesto A Quiroz II | Hardware Engineer (Digital Resource Management) | |
| Donald Hibbard | Technical Resource Supervisor (Digital Resource Management) | Donald R Hibbard |
| Julie Gumbiner | Technical Resource Supervisor (Digital Resource Management) | |
| Michael Bolds | Resource Administrator (Digital Resource Management) | |
| Geoffrey Jarrett | Resource Administrator (Digital Resource Management) | |
| Mark Macready | Resource Administrator (Digital Resource Management) | |
| Robert Ramat | Resource Administrator (Digital Resource Management) | Robert C Ramat |
| Grant Callaghan | Resource Administrator (Digital Resource Management) | |

| | | |
|---|---|---|
| Ross Krothe | Resource Administrator (Digital Resource Management) | |
| Clare A McKenna | Resource Administrator (Digital Resource Management) | |
| Enrique Saldivar | Resource Administrator (Digital Resource Management) | |
| Paul Franz | Resource Administrator (Digital Resource Management) | |
| Bryan Gregg Lashelle | Resource Administrator (Digital Resource Management) | |
| Nick Nelson | Resource Administrator (Digital Resource Management) | |
| Purnanand D Wagle | Resource Administrator (Digital Resource Management) | |
| Suelika Chial | Render Engineer (Research and Development) | Suelika J Chial |
| Brian J Green | Render Engineer (Research and Development) | |
| Ben Hian-Tiat Kwa | Render Engineer (Research and Development) | Ben H Kwa |
| Reid Gershbein | Render Engineer (Research and Development) | |
| P J McNerney | Render Engineer (Research and Development) | |
| Janne Kontkanen | Render Engineer (Research and Development) | |
| Charlotte Manning | Render Engineer (Research and Development) | |
| Bruce Tartaglia | Render Engineer (Research and Development) | |
| Feng Xie | Render Engineer (Research and Development) | |
| Ardie Johnson | Modeling (Artistic Supervision) | |
| Nadja Bonacina | Modeler | |
| Joachim de Brunier | Modeler | |
| Jeff Hayes | Modeler | |
| Hyun Huh | Modeler | |

| | | |
|---|---|---|
| Marcos Kang | Modeler | |
| Haengsook Oh | Modeler | |
| John P Rand | Modeler | |
| Kull Shin | Modeler | |
| Jeff Wagner | Modeler | |
| Tony Williams | Modeler | Tony K Williams |
| Ming Hao Yu | Modeler | |
| Min Yu Chang | Additional Modeler | |
| Cristian Dumitriu | Additional Modeler | |
| Jinwoo Lee | Modeler | |
| Ronn Brown | Matte Painter (Artistic Supervision) | |
| Justin Brandstater | Lead Matte Painter | |
| David Bailey | Matte Painter | |
| Eric Bouffard | Matte Painter | |
| Jett Green | Matte Painter | |
| Pamela Hobbs | Matte Painter | |
| Mark Nonnenmacher | Matte Painter | |
| Paul Rivera | Matte Painter | |
| Alp Altiner | Additional Matte Painter | |
| Scott Brisbane | Additional Matte Painter | |
| Paul Duncan | Additional Matte Painter | |
| Adam J. Ely | Additional Matte Painter | |
| Tony Halawa | Additional Matte Painter | |
| Daniel Brick | Matte Painting Compositor | |
| Marla Valentine | Matte Painting Compositor | |
| Nol Meyer | Head of Layout | |
| Richard Shiba | Final Layout (Artistic Supervision) | |
| Daniel Bunn | Rough Layout Artist | |
| Ewan Johnson | Rough Layout Artist | |

| | | |
|---|---|---|
| Conor W Kavanagh | Rough Layout Artist | |
| Mark Mulgrew | Rough Layout Artist | |
| Pamela B Stefan | Rough Layout Artist | |
| Andrew Titcomb | Rough Layout Artist | |
| Shane L Wapskineh | Rough Layout Artist | |
| James Keefer | Additional Rough Layout Artist | |
| David Morehead | Additional Rough Layout Artist | |
| Gerald McAleece III | Additional Rough Layout Artist | |
| Damon O'Beirne | Additional Rough Layout Artist | |
| J. C. Alvarez | Final Layout Artist | |
| James Bird | Final Layout Artist | |
| Corey Hels | Final Layout Artist | |
| Rachel Lagdao | Final Layout Artist | |
| Valerie Lettera | Final Layout Artist | Valerie Lettera-Spletzer |
| David Patrick Valera | Final Layout Artist | |
| Ryan N Williams | Final Layout Artist | |
| Eve Wong | Final Layout Artist | |
| Jason "Captain" Carter | Additional Final Layout Artist | |
| Doug Seiden | Additional Final Layout Artist | Douglas Seiden |
| Peter Upson | Additional Final Layout Artist | |
| Igor Lodeiro | Key Lighter | |
| Benjamin Lishka | Lead Lighter | |
| Shaun Collaco | Lead Lighter | |
| Gina Lawes-Warr | Lead Lighter | Gina Lawes |
| David C Lawson | Lead Lighter | |
| Robert Lurye | Lead Lighter | |
| Michael Manza | Lead Lighter | Michael J Manza |
| Scott McKee | Lead Lighter | M Scott McKee |
| Frank Sabia | Lead Lighter | |

| | | |
|---|---|---|
| Marc J Scott | Lead Lighter | |
| Christa Starr | Lead Lighter | |
| Don Taylor | Lead Lighter | |
| Liang-Yuan Wang | Lead Lighter | |
| Mark A Wilson | Lead Lighter | |
| Gianni Aliotti | Lighting Artist | |
| William E Arias | Lighting Artist | |
| Matthew Clubb | Lighting Artist | |
| Clint Colver | Lighting Artist | |
| Caine Dickinson | Lighting Artist | |
| Dale Drummond | Lighting Artist | |
| Aaron Estrada | Lighting Artist | |
| Udai Haraguchi | Lighting Artist | |
| Edward Helmers | Lighting Artist | Edward Ted Helmers |
| Rory Hinnen | Lighting Artist | |
| Rob Holder | Lighting Artist | |
| Chris Jolly | Lighting Artist | |
| Soo Kim | Lighting Artist | Soo Kyung Kim |
| Takumi Kimura | Lighting Artist | |
| Soo King | Lighting Artist | |
| Han Lei | Lighting Artist | |
| Dan Levy | Lighting Artist | |
| Christopher Lexington | Lighting Artist | |
| Shanna Lim | Lighting Artist | |
| Ethan Ormsby | Lighting Artist | |
| Nick Panagos | Lighting Artist | Nic H Panagos |
| Mary Payne | Lighting Artist | |
| Jeff Ranasinghe | Lighting Artist | |
| Dennis Recchia | Lighting Artist | |

| | | |
|---|---|---|
| Christopher Simmons | Lighting Artist | |
| Curt Stewart | Lighting Artist | |
| Ozgur Ustundag | Lighting Artist | |
| Ken Ball | Additional Lead Lighter | |
| Bert T Poole | Additional Lead Lighter | Bert Poole |
| Brian J Danker | Additional Lead Lighter | |
| Jung Jin Song | Additional Lead Lighter | |
| Jess Bressler | Additional Lighting Artist | |
| Gina DiBari | Additional Lighting Artist | |
| Mathieu Cassagne | Additional Lighting Artist | |
| Sebastien Chort | Additional Lighting Artist | |
| D Wallace Colvard | Additional Lighting Artist | |
| Ben Fischler | Additional Lighting Artist | |
| Matthieu Grospiron | Additional Lighting Artist | |
| Timothy Bud McMahon | Additional Lighting Artist | |
| Eli Rod | Additional Lighting Artist | |
| Deepa Agarwal | Paint Fix Artist | |
| Liz Borges-Herzog | Paint Fix Artist | |
| Craig Cannon | Paint Fix Artist | |
| Kevin James Coyle | Paint Fix Artist | |
| Emily How | Paint Fix Artist | |
| Ji Sun Lee | Paint Fix Artist | |
| Carrie VanEtten | Paint Fix Artist | |
| Lori Williams | Paint Fix Artist | |
| Craig Halperin | Lead Effects Developer | |
| Derek A Chan | Head of Digital Operations (Dreamworks Animation Technology) | Derek Chan |
| Christophe Lautrette | Character Design | |
| Devin Crane | Character Design | |

| | |
|---|---|
| Carlos Grangel | Character Design |
| Nicolas Marlet | Character Design |
| Patrick Mate | Character Design |
| Tony Siruno | Character Design |
| thomas paul thesen | Character Design |
| Craig Kellman | Additional Character Design |
| Bill Mayer | Additional Character Design |
| Terran Boylan | Character Technical Director |
| Fabio Lignini | Head Character Animation |
| Damon Crowe | Character Effects (Artistic Supervision) |
| Sandy Kao | Character Technical Director (Artistic Supervision) |
| Kevin M Ochs | Character Technical Director (Artistic Supervision) |
| Fabian Elmers | Character Effects Animator |
| Ken Faiman | Character Effects Animator |
| Christopher Frobose | Character Effects Animator |
| Kavita Khosla | Character Effects Animator |
| Bryan Poon | Character Effects Animator |
| Steve Rembuskos | Character Effects Animator |
| Dante Tantoco | Character Effects Animator |
| Ron Williams | Character Effects Animator |
| Beth Hofer | Head of Global Character Development (Dreamworks Animation Studio Production) |
| Annmarie Koenig | Additional CG Supervisor |
| Donnachada Daly | Animator |
| Eric C Deuel | Animator |
| Antony Gray | Animator |
| Sean McLaughlin | Animator |
| Chris Wahl | Animator |

| | |
|---|---|
| Chris Capell | Animator |
| Line Korsgaard Andersen | Animator (Artistic Supervision) |
| John Hill | Animator (Artistic Supervision) |
| Gabe Hordos | Animator (Artistic Supervision) |
| Eric Fernandes | Lighting (Artistic Supervision) |
| Michael McNeill | Lighting (Artistic Supervision) |
| Michael Necci | Lighting (Artistic Supervision) |
| Aaron Smith | Lighting (Artistic Supervision) |
| Pablo Valle | Lighting (Artistic Supervision) |
| Sabrina Riegel | Surfacing (Artistic Supervision) |
| Grant Larson | Additional Automobile Design |
| Kevin Andruschak | Animator |
| Christopher M Bancroft | Animator |
| Michelle Cowart | Animator |
| Steve Cunningham | Animator |
| Bill Diaz | Animator |
| Tomoyuki Harashima | Animator |
| Willy Harber | Animator |
| Martin P Hopkins | Animator |
| Steve Horrocks | Animator |
| Jim Hull | Animator |
| Yair Kantor | Animator |
| Morgan Kelly | Animator |
| Serguei Kouchnerov | Animator |
| James Lopez | Animator |
| Kevin Maclean | Animator |
| Patrick Mate | Animator |
| David Pate | Animator |
| Jean-Francois Rey | Animator |

| | | |
|---|---|---|
| Ben Rush | Animator | |
| Sean Sexton | Animator | |
| Andrea Simonti | Animator | |
| Michael Stern | Animator | Mike Stern |
| William Tessier | Animator | |
| Alexis Wanneroy | Animator | |
| David Weatherly | Animator | |
| Greg Whittaker | Animator | |
| Scott Wright | Animator | |
| Onur Yeldan | Animator | |
| Fernando Abarca | Additional Animator | |
| Manuel Aparicio | Additional Animator | |
| Chung Chan | Additional Animator | |
| Paul Chung | Additional Animator | |
| Melanie Cordan | Additional Animator | |
| Cassidy Curtis | Additional Animator | |
| Mark Donald | Additional Animator | |
| Ryan Gong | Additional Animator | |
| Jeffrey K Joe | Additional Animator | |
| Michael Kiely | Additional Animator | |
| Chris Kirshbaum | Additional Animator | |
| Bryce McGovern | Additional Animator | |
| Simon Otto | Additional Animator | |
| Carlos Rosas | Additional Animator | |
| David Spivack | Additional Animator | |
| Kathy Zielinski | Additional Animator | |
| Paolo Jose deGuzman | Lead Surfacer | |
| Ricky Baba | Surfacer | |
| Nathalie Buce | Surfacer | |

| | | |
|---|---|---|
| Tony Davidson | Surfacer | |
| Jeremy Engleman | Surfacer | |
| Sully Jacome Wilkes | Surfacer | |
| Brandi Johnson | Surfacer | |
| Jiyoung Lee | Surfacer | |
| Christopher Lexington | Surfacer | |
| James J Martin | Surfacer | |
| Tsun-hui Andrea Pun | Surfacer | |
| Violette Sacre | Surfacer | |
| Young-eun Song | Surfacer | |
| Kevin Turcotte | Surfacer | |
| David Valdez | Surfacer | |
| Gentaro Yamamoto | Surfacer | |
| Motohisa Adachi | Effects Animator | |
| Shinsaku Arima | Effects Animator | |
| Julie Anne Brame | Effects Animator | |
| Paul F Bruchhaeuser | Effects Animator | |
| Alan Cheney | Effects Animator | |
| Hammer Chu Wai Ho | Effects Animator | |
| Christian Hatfield | Effects Animator | |
| Tim Keenan | Effects Animator | |
| Andrew Young Kim | Effects Animator | |
| Gokhan Kisacikoglu | Effects Animator | |
| Victor Lew | Effects Animator | |
| Jason Mayer | Effects Animator | |
| Alessandro Nardini | Effects Animator | Alex Nardini |
| Matthew Head | Effects Animator | |
| Karen Kirkhuff Smith | Effects Animator | |
| David Tidgwell | Effects Animator | |

| | | |
|---|---|---|
| Masahito Yoshioka | Effects Animator | |
| Xiao Zhang | Effects Animator | |
| Jonathan Gibbs | Additional Effects Animator | |
| Andre LeBlanc | Additional Effects Animator | |
| William Opdyke | Additional Effects Animator | |
| Koen Vroeijenstijn | Additional Effects Animator | |
| Stephen Wood | Additional Effects Animator | |
| Mark Edwards | Lighting Architect (Dreamworks Animation Studio Production) | |
| Jeff Beall | Pipeline Architect (Dreamworks Animation Studio Production) | |
| David Dinsmore | Operations System Administrator (System Operations) | Dave Dinsmore |

## Below The Line

| Name | Credit | Credited As |
|---|---|---|
| Michelle Sandoval | Assistant (to Producers) | |
| Kate Fenneman | Assistant (to Jerry Seinfeld) | |
| Max Dionne | Assistant (to the Directors) | |
| Andrew Zack | Executive Assistant (to Hans Zimmer) | |
| Jenn DiBella-Ferrari | Administrative Assistant (Technology Coordination) | |
| Stephanie Huber | Administrative Assistant (Technology Coordination) | |
| Shawnis Tinker | Administrative Assistant (Technology Coordination) | |
| Michael Villareal | Administrative Assistant (Technology Coordination) | |
| Anna Nersesyan | Production Assistant | |
| Angelica Vogt | Production Assistant | |
| Matt Brown | Production Assistant | |
| Matthew Rumford | Production Assistant | |
| Steven D Kreiner | Production Assistant (Lighting) | |

| | |
|---|---|
| David Tish | Post Production Executive Assistant |
| Harbor Peoples | Office Manager (Technology Coordination) |
| Allison Bernardi | Media Coordinator |
| Nelson Lee | Media Coordinator |

Publicity

| Name | Credit | Credited As |
|---|---|---|
| Joe M Aguilar | Marketing Production (Dreamworks Animation Studio Production) | Joe Aguilar |
| Francine Marchetti | Marketing Production (Dreamworks Animation Studio Production) | |
| Les Hunter | Marketing Production (Dreamworks Animation Studio Production) | |
| Amy Krider | Marketing Production (Dreamworks Animation Studio Production) | |
| Charley C Walters | Marketing Production (Dreamworks Animation Studio Production) | Charley Walters |

## Synopsis

### Project Synopsis

Barry B. Benson is a graduate bee fresh out of college who is disillusioned at his lone career choice: making honey. On a rare trip outside the hive, Barry's life is saved by Vanessa, a florist in New York City. As their relationship blossoms, he discovers humans are mass consumers of honey and decides to sue the human race for stealing bees' honey.

## Financial

### U.S. Box Office

| Week Prior To | Weekend Gross | Screens | Average (PSA) | Cume |
|---|---|---|---|---|
| 11/06/2007 (3_day) | $38,021,044 | 3928 | $9,679 | $38,021,044 |
| 11/13/2007 (3_day) | $25,565,462 | 3944 | $6,482 | $71,779,597 |
| 11/20/2007 (3_day) | $14,008,444 | 3984 | $3,516 | $93,570,695 |
| 11/27/2007 (3_day) | $11,813,502 | 3507 | $3,369 | $111,860,810 |
| 12/04/2007 (3_day) | $4,444,798 | 3150 | $1,411 | $117,616,494 |

| | | | |
|---|---|---|---|
| 12/11/2007 (3_day) | $2,606,153 | 2707 | $963 | $121,021,546 |
| 12/18/2007 (3_day) | $760,196 | 1609 | $472 | $122,355,577 |
| 12/25/2007 (3_day) | $408,864 | 539 | $759 | $123,060,493 |
| 01/01/2008 (3_day) | $637,798 | 475 | $1,343 | $124,214,368 |
| 01/08/2008 (3_day) | $443,220 | 407 | $1,089 | $125,196,072 |
| 01/15/2008 (3_day) | $300,799 | 338 | $890 | $125,595,476 |
| 01/22/2008 (4_day) | $331,262 | 296 | $1,119 | $125,993,358 |
| 01/29/2008 (3_day) | $200,101 | 265 | $755 | $126,233,269 |
| 02/05/2008 (3_day) | $150,457 | 246 | $612 | $126,424,663 |
| 02/12/2008 (3_day) | $139,690 | 206 | $678 | $126,597,121 |

Budgets

Budget

Project Budget      **Production Budget:** $150,000,000 (Studio System)

**Estimated Budget:** $150,000,000 (11/12/2007)

Notes

Development
Based on an original idea by Jerry Seinfeld.

Distribution

Distribution
Country of Origin
US Release Date
Screenings

Released in New Zealand on Flat December 6, 2007.

Wide Release in Germany on Flat December 13, 2007.

United States

Released in United States on Flat Fall November 2, 2007.

**Festivals Screenings:** Shown at London Film Festival (Gala) October 17-November 1, 2007. - 2007

**Festivals Screenings:** Shown at Santa Barbara International Film Festival (Apple Box) January 24-February 3, 2008. - 2008

**Festivals Screenings:** Shown at Dubai International Film Festival (Cinema for Children, Dubai Gala Screening) December 9-16, 2007. - 12/2007

Technical

| | |
|---|---|
| Running Time | 90 Minutes |
| Ratings | MPAA PG (mild suggestive humor, and a brief depiction of smoking) |
| Film Stock | |
| Sound | Film Stock c Technicolor |
| | Dolby Digital Dolby Digital |
| | Dolby Digital Dolby SR |
| | DTS DTS |
| | SDDS SDDS |
| | Sound Dolby Digital/DTS/SDDS |

General

Additional Notes   **Estimate US Print:** 3928

Awards

Awards

| Year | Award | Category | Result | Recipient |
|---|---|---|---|---|
| 2008 | Critics' Choice Award | Best Animated Feature | Nominee | |
| 2008 | Golden Globe Award | Best Animated Feature Film | Co-Nominee | Christina Steinberg |
| 2008 | Producers Guild of America Award | Outstanding Producer of Animated Theatrical Motion Pictures | Co-Nominee | Jerry Seinfeld Christina Steinberg |



# Bee Movie

PG · 2007 · Animation/Comedy · 1h 35m

**Watch now**
Subscription

**Watched it?**

**Watchlist**

⌄ All watch options

6.1/10
IMDb

54%
Metacritic

50%
Rotten Tomatoes