AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| John Evans <br><br> *Plaintiff(s)* <br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, a corporation; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC, a corporation;  JERRY SEINFELD, an individual; STACEY SNIDER,(See Attachment #1) <br> *Defendant(s)* | Civil Action No. 2:21-cv-00984-CBM-PD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NBCUNIVERSAL MEDIA, LLC, a Corporation
100 Universal City Plaza Building 1280, 9th Floor Universal City, CA  91608

JERRY SEINFELD,
C/O SHAPIRO WEST & ASSOCIATES
141 El Camino Drive, Suite 205
(See Attachment #2)

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE LAW OFFICES OF FAHAD SHARIF, PC
ROGER L. WILKERSON, III, ESQ.
18960 Ventura Blvd. Ste. 440
Tarzana, Ca 91356

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KIRY K. GRAY
*CLERK OF COURT*

Date: February 22, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00984-CBM-PD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JOHN EVANS v. NBCUNIVERSAL MEDIA, LLC, et al.
2:21-cv-00984-CBM-PD

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

**NBCUNIVERSAL MEDIA, LLC**, a corporation
C/O Emily Birdwhistell
100 Universal City Plaza, Bldg 2160 8C
Universal City, Ca 91608

**UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC**, a corporation
100 Universal City Plaza, Bldg 2160 8C
Universal City, Ca 91608

**JERRY SEINFELD**, an individual
SHAPIRO WEST & ASSOCIATES
141 El Camino Drive, Suite 205
Beverly Hills, CA 90212

**STACEY SNIDER**, an individual
729 N. Camden Dr.
Beverly Hills, CA 90210

**C T CORPORATION SYSTEM**
Agent of Service
28 Liberty St .
Philadelphia, Pa 19103-2838

**COMCAST CORPORATION**
1701 John F Kennedy Blvd. #28
New York, Ny 10005