AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
TIFFANY GELOTT (SBN 321951)
TGelott@ggfirm.com
LAUREN R. FISHELMAN (SBN 317601)
LFishelman@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN EVANS, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, a corporation; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC, a corporation; JERRY SEINFELD, an individual; STACEY SNIDER, an individual, and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.  2:21-cv-00984-CBM-PD<br><br>[Hon. Consuelo B. Marshall]<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT NBCUNIVERSAL MEDIA, LLC TO RESPOND TO COMPLAINT**<br><br>Complaint Served:  March 3, 2021<br><br>Current Response Date: March 24, 2021<br><br>New Response Date:  May 18, 2021 |

19225-00016/3997681.2

STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO C

# STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT NBCUNIVERSAL MEDIA, LLC TO RESPOND TO COMPLAINT

The parties stipulate with reference to the following facts:

1. Plaintiff John Evans ("Evans") filed the Complaint giving rise to this action on February 4, 2021;

2. Defendant NBCUniversal Media, LLC ("NBCUniversal") was served with the Complaint on March 3, 2021;

3. WHEREAS, pursuant to the Local Rules, the original deadline for NBCUniversal to answer or otherwise respond to the complaint is, therefore, March 24, 2021;

4. WHEREAS the remaining defendants in this action, Universal City Studios LLC ("Universal City Studios"), Jerry Seinfeld ("Seinfeld"), and Stacey Snider ("Snider"), have not been formally served;

5. WHEREAS, in the interest of efficiency and judicial economy, Universal City Studios, Seinfeld, and Snider have each agreed to execute a Waiver of Service of Summons, with a response deadline of May 18, 2021 pursuant to Federal Rule of Civil Procedure 4(d).

6. The defendants have agreed to waive service in exchange for an extension of time for NBCUniversal to answer or otherwise respond to the Complaint on the same date the other defendants' responses are due, i.e. May 18, 2021;

7. The parties agree that extension of NBCUniversal's time to answer or otherwise respond to the complaint until and including May 18, 2021, the same date on which Universal City Studios, Seinfeld, and Snider are due to answer or otherwise respond, serves the interests of efficiency and judicial economy by ensuring the parties are subject to the same court schedule;

8. This is the first extension of time NBCUniversal has requested in this action.

NOW THEREFORE, the parties hereby stipulate that, subject to the Court's approval, NBCUniversal shall have an extension through and including May 18, 2021, to respond to the complaint in this action.

DATED: March 19, 2021

GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP

By: *[signature]*
AARON J. MOSS (SBN 190625)
TIFFANY GELOTT (SBN 321951)
LAUREN R. FISHELMAN (SBN 317601)
Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

DATED: March 19, 2021

THE LAW OFFICE OF
   FAHAD SHARIF, PC

By: *Roger L. Wilkerson*
FAHAD SHARIF (SBN 322563)
ROGER L. WILKERSON, III (SBN 327889)
Attorneys for Plaintiff
JOHN EVANS