1  AARON J. MOSS (SBN 190625)
   AMoss@ggfirm.com
2  TIFFANY GELOTT (SBN 321951)
   TGelott@ggfirm.com
3  LAUREN R. FISHELMAN (SBN 317601)
   LFishelman@ggfirm.com
4  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
5  2049 Century Park East, Suite 2600
   Los Angeles, California  90067
6  Telephone:  310.553.3610
   Fax:  310.553.0687
7
   Attorneys for Defendant
8  NBCUNIVERSAL MEDIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN EVANS, an individual, | Case No.  2:21-cv-00984-CBM-PD |
| Plaintiff, | [Hon. Consuelo B. Marshall] |
| v. | **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT NBCUNIVERSAL MEDIA, LLC TO RESPOND TO COMPLAINT** |
| NBCUNIVERSAL MEDIA, LLC, a corporation; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC, a corporation; JERRY SEINFELD, an individual; STACEY SNIDER, an individual, and DOES 1 to 10, inclusive, | |
| Defendants. | Complaint Served:  March 3, 2021 |
| | Current Response Date: March 24, 2021 |
| | New Response Date:  May 18, 2021 |

1  Based on the parties' stipulation, and with good cause appearing therefor, the
2  Court hereby GRANTS the parties' stipulated request for an extension of time for
3  NBCUniversal Media, LLC to respond to the complaint in this action, such that its
4  response shall now be due on May 18, 2021, to coincide with the date by which the
5  remaining defendants in the action are required to respond.

7  IT IS SO ORDERED.

9  Dated: March ___, 2021

     _____
10   The Hon. Consuelo B. Marshall
     United States District Court Judge

12  Respectfully submitted,

14  DATED: March 19, 2021          GREENBERG GLUSKER FIELDS
                                    CLAMAN & MACHTINGER LLP

16                                  By: /s/ Aaron J. Moss
                                    AARON J. MOSS (SBN 190625)
17                                  TIFFANY GELOTT (SBN 321951)
                                    LAUREN R. FISHELMAN (SBN 317601)
18                                  Attorneys for Defendant
                                    NBCUNIVERSAL MEDIA, LLC

20  DATED: March 19, 2021          THE LAW OFFICE OF
21                                  FAHAD SHARIF, PC

24                                  By: /s/ Roger L. Wilkerson
                                    FAHAD SHARIF (SBN 322563)
25                                  ROGER L. WILKERSON, III (SBN 327889)
                                    Attorneys for Plaintiff
26                                  JOHN EVANS

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067