AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
TIFFANY GELOTT (SBN 321951)
TGelott@ggfirm.com
LAUREN R. FISHELMAN (SBN 317601)
LFishelman@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN EVANS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, a corporation; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC, a corporation; JERRY SEINFELD, an individual; STACEY SNIDER, an individual, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00984-CBM-PD<br><br>[Hon. Consuelo B. Marshall]<br><br>**ORDER GRANTING THE PARTIES' STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT NBCUNIVERSAL MEDIA, LLC TO RESPOND TO COMPLAINT [10]**<br><br>Complaint Served: March 3, 2021<br><br>Current Response Date: March 24, 2021<br><br>New Response Date: May 18, 2021 |

///

///

///

1  Based on the parties' stipulation, and with good cause appearing therefor, the
2  Court hereby GRANTS the parties' stipulated request for an extension of time for
3  NBCUniversal Media, LLC to respond to the complaint in this action, such that its
4  response shall now be due on May 18, 2021, to coincide with the date by which the
5  remaining defendants in the action are required to respond.

7  **IT IS SO ORDERED.**

9  Dated: March 22, 2021

   HON. CONSUELO B. MARSHALL
   United States District Court Judge

12 Respectfully submitted,

13 DATED: March 19, 2021         GREENBERG GLUSKER FIELDS
                                  CLAMAN & MACHTINGER LLP

                                  By: _____
                                  AARON J. MOSS (SBN 190625)
                                  TIFFANY GELOTT (SBN 321951)
                                  LAUREN R. FISHELMAN (SBN 317601)
                                  Attorneys for Defendant
                                  NBCUNIVERSAL MEDIA, LLC

20 DATED: March 19, 2021         THE LAW OFFICE OF
                                  FAHAD SHARIF, PC


                                  By: /s/ Roger L. Wilkerson
                                  FAHAD SHARIF (SBN 322563)
                                  ROGER L. WILKERSON, III (SBN 327889)
                                  Attorneys for Plaintiff
                                  JOHN EVANS

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067