AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
TIFFANY GELOTT (SBN 321951)
TGelott@ggfirm.com
LAUREN R. FISHELMAN (SBN 317601)
LFishelman@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN EVANS, an individual,

Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC, a corporation; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC, a corporation; JERRY SEINFELD, an individual; STACEY SNIDER, an individual, and DOES 1 to 10, inclusive,

Defendants.

Case No. 2:21-cv-00984-CBM-PD

*Assigned to Hon. Consuelo B. Marshall*

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**

Date: June 22, 2021
Time: 10:00 a.m.
Ct. Rm.: 8B

[Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities, Request for Judicial Notice, Declarations of Christopher Miller and Aaron J. Moss filed concurrently herewith]

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

Defendants NBCUniversal Media, LLC, Universal Pictures, a division of Universal City Studios LLC,[1] Jerry Seinfeld, and Stacey Snider's (collectively, "Defendants") Motion to Dismiss plaintiff John Evans' ("Plaintiff") Complaint came on regularly for hearing on June 22, 2021, at 10:00 a.m., in the courtroom of the Honorable Consuelo B. Marshall. Appearances on behalf of the parties were as reflected in the record.

The Court, having considered the papers filed in support of and in opposition to the Motion, all evidence set forth therein, the arguments of counsel, and all other matters properly before the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. Defendants' Request for Judicial Notice is GRANTED;
2. Defendants' Motion to Dismiss is GRANTED; and
3. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Further reasons supporting the Court's determinations are set forth in the Court's Order on the Motion.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. CONSUELO B. MARSHALL
United States District Court Judge

[1] Erroneously named in this lawsuit as "Universal Pictures dba Universal City Studios, LLC, a corporation." Universal City Studios LLC is not a corporation or a dba, but rather a registered limited liability company.