# EXHIBIT 1

# CERTIFICATE OF REGISTRATION




## FORM PA
### For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

RI



PAu 2-399-668

PA                    PAU

**EFFECTIVE DATE OF REGISTRATION**

April 14 1999
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

*Bee Movie*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

*The Bee Movie*

**NATURE OF THIS WORK ▼** See instructions

\*

## 2

**a   NAME OF AUTHOR ▼**   *John Q. Evans*

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ *U.S.A.*
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
\* *Animated Screenplay*

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b   NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c   NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given ◀ Year in all cases.
*1999*

**b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
*John Q. Evans*
*745 W. 98th St L.A. 90044 Ca.*

**APPLICATION RECEIVED**
APR 14 1999
**ONE DEPOSIT RECEIVED**
APR 14 1999
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE / OFFICE USE ONLY*

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

*instructions before completing this space.*

# EXHIBIT 2

John Evans
P.O. BOX 431333
L.A. 90043 CA



U.S. POSTAGE
PAID
L.A., CA
90043
MAR 29, 99
AMOUNT
$6.00
0000    00032642-07



U.S. POSTAGE
PAID
L.A., CA
90043
MAR 29, 99
AMOUNT
$1.65
0000    90043    00032642-07

$8.97
0000    90043    00078426-03

John Evans
P.O. BOX 431333
L.A. 90043 CA

REGISTERED

# EXHIBIT
# 3



**STACEY SNIDER**
CO-CHAIRMAN UNIVERSAL PICTURES

August 30, 1999

John Morgan Evans
745 W. 98th Street
Los Angeles, CA 90044

RE:  BEE MOVIE

Dear John,

Thank you for submitting BEE MOVIE.

It's a humorous and entertaining story, and contained many delightful moments.  Although it is not something the studio would like to pursue at this time, I would like to offer one of our story analyst's comments if you are interested in doing more work on your script.

There's a cute idea for an animated feature here, with some promising character concepts.  But the material could use some organization; the plot lacks focus.

That's partially due to the way the story cuts back and forth between various characters very quickly at the start, which leads to some confusion.  It would be good to hang out with the important bees for a longer stretch, so that we'd get to know them better and begin to root for them.

The basic structure overall is what really needs attention.  The "Rey and Bumble" storyline and the "Honey Bees v. Killer Bees" storyline never quite come together.  There's little sense of a central conflict that builds to a satisfying climax.  After all the fighting between Rey and Babe, a sudden fire accidentally set off by the Pastor saves the honey bee hive.  Couldn't Rey be more involved in the big finish?

Set-ups for minor plot developments also lack pay-offs.  For example, Babe gets threatened by Would Bee and Could Bee early on – but they then disappear from the plot until the big fight at the end.  It's unclear what Rey's metamorphosis is all about; if it does actually occur, we never get to see it and understand it.

While Rey is an appealing misfit, Honey Bee and his other friends are only sketchily suggested.  We get that Chubbee is overweight, but the other bees could use stronger personalities.  The supporting characters in THE LION KING, for example, are all vivid and memorable, as are the featured ants in ANTZ.  Babe is on his way towards being a well-rounded bad guy, because he's insecure (no sting!); it would be great to see him as an even more "human" villain.

**UNIVERSAL STUDIOS**
100 UNIVERSAL CITY PLAZA  UNIVERSAL CITY CA 91608  TEL 818 777 7982  FAX 818 866 2151
E-MAIL stacey.snider@unistudios.com
www.universalstudios.com



It would also help to let the audience in on the rules of the story's world.  While the writer has obviously done research on types of bees and bee activities, the story would be even more fun and involving if more bee information could be conveyed.  We'd like more of an explanation of why the killer bees are after the honey bees on the drones' behalf.  A BUG'S LIFE, for example, laid out all the necessary information (i.e. concerning ants and grasshoppers) very clearly in its opening.

John, I hope this will be helpful to you.  Thanks again for thinking of me and I wish you the best of luck in seeing your project to fruition.

Warm regards,

Stacey Snider

SS/lb
encl.



**STACEY SNIDER**
CO-CHAIRMAN UNIVERSAL PICTURES

October 26, 1999

John Morgan Evans
745 W. 98th Street
Los Angeles, CA 90044

RE:  TODAY TOMORROW

Dear John,

Thank you for submitting TODAY TOMORROW.   While you clearly have creative ideas about the future environment, this script could benefit from more detailed characters and a better defined structure.  As with BEES, your previous submission, I would like to offer one of our story analyst's comments if you are interested in doing more work on your script.

While this script addresses resonant racial issues and hints at an intriguing future world, its significant structural issues, character confusion, and lack of clarity about its futuristic setting make for a difficult read.

One gets the sense upon reading this script that the writer has a clearer idea about the story, the world, the characters, and the themes than is actually expressed in the screenplay itself.  There are certainly clear, important themes, notably a look at racial oppression and an exploration (perhaps somewhat muddled, but certainly present) of women's issues and female empowerment.  However, these themes unfortunately take place within an overall context that is not so clear.

The first area of concern is the structure.  The script has an unconventional, two-part structure, with a first section that focuses upon woman protagonist JONI and a shorter second section that examines her father JAEPHUS.  This overarching structure tends to play against the traditional (and typically desirable) three-act structure that we tend to see in studio screenplays.  The net result is a script that basically builds separately two major events in the separate sections -- Joni's trip to Alaska in the first section and Jaephus' success in getting into the tunnels in the second.  These almost feel more like short stories in their structure, building to a singular event rather than creating the complications and reversals we tend to see within a traditional three-act piece.  Essentially, what seems to be missing here is what one typically finds within a second act in a regular screenplay -- complication, dramatic irony and reversals, subplots, and multiple narrative strands that resolve into a conclusion.

**UNIVERSAL STUDIOS**
100 UNIVERSAL CITY PLAZA   UNIVERSAL CITY CA 91608   TEL 818 777 7982   FAX 818 866 2151
E-MAIL stacey.snider@unistudios.com
www.universalstudios.com



A clear narrative progression is also an issue.  While Joni's conflicts eventually become apparent, they are not set up in a strong story-oriented fashion that presents concrete problems and complications that build upon each other.  Instead, Joni's issues are presented more from a character point of view, but this leaves us without a strong central storyline.  We get incidents that reflect upon the society and Joni's issues, but no narrative center that can provide a spine for the movie.

Unfortunately, the problems here are not solely structural.  The screenplay also stumbles in terms of the clarity of the world that it is trying to create.  While there are intriguing ideas here -- the "rag," the futuristic jobs program, etc -- none of them are clear enough to really come to life.  One never really understands how the "rag" works, the jobs system and the whole structure of this future society remains unclear, and there are many questions about the way things work in this future world that are simply never addressed.  This is particularly important in a science fiction script, as a huge part of what makes this type of sci-fi interesting is the realism, the believability, and the creativity of the future worlds.  This script definitely offers some creativity, but it hasn't tempered this with realism and believability.  Weak science is also an ancillary issue here -- as sci-fi fans tend to be well-educated about science, blatant scientific stretches (such as the odd moment here in which a futuristic technology is given credit for watch-phones which in reality could be built today) are a particular problem for believability.

The believability of the future world is also an issue in making the race and gender themes at the root of this script emotionally and intellectually accessible.  Since the future world doesn't feel organic right now, its dystopian racial oppression and gender inequality feels as if it exists solely to grind an axe about these issues in real life.  While a connection to real-life themes is of course a major point, the elements need to feel real and to be narratively justified for this to reach the hearts of the audience. Otherwise, this becomes a political diatribe rather than a movie.

Character work is difficult to address in this script because the characters are such a part of the contextless, hard-to-understand future world.  The emotional conflict between Joni and little sister TUKI is clear enough, as is their affection (although the bizarre scenes that address bad breath, which appear to have been included for comic relief, really don't work and should be replaced with something more tender).  However, no one here really comes alive as people with interior psychologies.  Part of the problem may be that characters are used too much for exposition.  Another issue is that sociological concerns (gender, race, class, etc) or roles in society (cops, rich people, criminals, etc) seem to dominate the creation of the characters rather than internal psychology, concrete, emotionally accessible motivations, etc.  This writer would do well to step aside from the thematic agenda here, loosen the focus upon character types, and re-address the characters here with a stronger focus on individuality, psychological realism, and specific, emotionally driven motivation.  Dialogue is an ancillary issue, with an attendant need for greater realism.  In particular, characters need to exhibit individual diction choices,



rhythmic patterns, and emotional drives in their dialogue that can flesh them out as people.  Currently, they all sound a little too similar and tend to express either thematic concerns or expository material.

Overall, this script exhibits imagination, but needs to focus much more upon the writing process in order to hone that imagination into a workable, believable movie.

John, I hope this will be helpful to you.  Thanks again for thinking of me and I wish you the best of luck in seeing your project to fruition.

Warm regards,

Stacey Snider

SS/lb
encl.

# EXHIBIT
# 4

# Bee Movie (2007)

## Summary

| | |
|---|---|
| AKA | Arı Filmi, Bee Movie - A Historia De Uma Abelha, Bee Movie - Das Honigk omplott |
| | Arı Filmi, Bee Movie - A Historia De Uma Abelha, Bee Movie - Das Honigk omplott, Bee Movie - Das Honigkomplott, Bee Movie - Drôle d'abeille, Bee movie, la historia de una abeja, Bee Movie: povestea unei albine, Bitės filmas, Film o pszczołach, Mézengúz, Pán V_ielka, Pan Včelka, Би Муви: медовый заговор, История с пчели |
| Status | Released |
| Genres | Animated, Comedy |
| Keywords | cgi |
| Start Date | 10/31/2005 |
| Wrap Date | Summer 2007 |
| US Release Date | 11/02/2007 |
| Int'l Release Date | 11/01/2007 |
| DVD Release Date | 03/11/2008 |
| Budget | $150,000,000 (Studio System) |
| US Box Office | $126,597,121 |
| Worldwide Cume | $281,797,121 |
| Directors | Steve Hickner, Simon J Smith |
| Writers | Jerry Seinfeld, Spike Feresten, Barry Marder, more... |
| Actors | Jerry Seinfeld, Renée Zellweger, Kathy Bates, more... |
| Studio | DreamWorks Animation |
| Development Notes | Based on an original idea by Jerry Seinfeld. |

Created: Dec 9 2003 01:04 PM   Last update: Jul 23 2019 02:52 AM   ID: 4807705

## Credits

### Company

| Name | Credit | Credited As |
|---|---|---|
| DreamWorks Animation | Studio | |

| | |
|---|---|
| Paramount Pictures | Domestic Theatrical Distributor (Canada-F) |
| CJ Entertainment | Foreign Theatrical Distributor (South Korea) |
| Forum | Foreign Theatrical Distributor (Lithuania) |
| United International Pictures | Foreign Theatrical Distributor (Argentina, Greece, Thailand, South Africa, United Arab Emirates, Austria, Chile, Denmark, Egypt, Finland, Hungary, Jordan, Norway, Poland, Singapore, Sweden, Turkey, Switz CH-D, Switz CH-F, Switz CH-IT) |
| Sam Film | Foreign Theatrical Distributor (Iceland) |
| Paramount Pictures International (PPI) | Foreign Theatrical Distributor (Australia, United Kingdom) |
| Ro Image 2000 | Foreign Theatrical Distributor (Romania) |
| Universal Pictures International | Foreign Theatrical Distributor (Netherlands, Italy) |
| Asmick Ace Inc. | Theatrical Distributor (Japan) |
| Blitz-Cine Star | Theatrical Distributor (Croatia) |
| Bontonfilm | Theatrical Distributor (Czech Republic) |
| Dreamland | Theatrical Distributor (Brazil) |
| Empire | Theatrical Distributor (Lebanon) |
| FK | Theatrical Distributor (Finland) |
| Gulf Film, LLC | Theatrical Distributor (United Arab Emirates) |
| Intercontinental Film Distributors | Theatrical Distributor (Hong Kong) |
| MSD | Theatrical Distributor (Viet Nam) |
| Taramount | Theatrical Distributor (Serbia) |
| Tatra Film | Theatrical Distributor (Slovakia) |
| VIN | Theatrical Distributor (Ukraine) |
| ZON Lusomundo (now part of NOS Audiovisuals) | Theatrical Distributor (Portugal) |

| | | | |
|---|---|---|---|
| 12/11/2007 (3_day) | $2,606,153 | 2707 | $963 | $121,021,546 |
| 12/18/2007 (3_day) | $760,196 | 1609 | $472 | $122,355,577 |
| 12/25/2007 (3_day) | $408,864 | 539 | $759 | $123,060,493 |
| 01/01/2008 (3_day) | $637,798 | 475 | $1,343 | $124,214,368 |
| 01/08/2008 (3_day) | $443,220 | 407 | $1,089 | $125,196,072 |
| 01/15/2008 (3_day) | $300,799 | 338 | $890 | $125,595,476 |
| 01/22/2008 (4_day) | $331,262 | 296 | $1,119 | $125,993,358 |
| 01/29/2008 (3_day) | $200,101 | 265 | $755 | $126,233,269 |
| 02/05/2008 (3_day) | $150,457 | 246 | $612 | $126,424,663 |
| 02/12/2008 (3_day) | $139,690 | 206 | $678 | $126,597,121 |

Budgets
Budget
 Project Budget       **Production Budget:** $150,000,000 (Studio System)

                      **Estimated Budget:** $150,000,000 (11/12/2007)

Notes
 Development
 Based on an original idea by Jerry Seinfeld.

 Distribution
 Distribution         Released in New Zealand on Flat December 6, 2007.
 Country of Origin
 US Release Date      Wide Release in Germany on Flat December 13, 2007.
 Screenings
                      United States

                      Released in United States on Flat Fall November 2, 2007.

                      **Festivals Screenings:** Shown at London Film Festival (Gala) October 17-November 1, 2007. - 2007

                      **Festivals Screenings:** Shown at Santa Barbara International Film Festival (Apple Box) January 24-February 3, 2008. - 2008

                      **Festivals Screenings:** Shown at Dubai International Film Festival (Cinema for Children, Dubai Gala Screening) December 9-16, 2007. - 12/2007



# Bee Movie

PG · 2007 · Animation/Comedy · 1h 35m

Watch now
Subscription

Watched it?

Watchlist

⌄ All watch options

6.1/10
IMDb

54%
Metacritic

50%
Rotten Tomatoes

# EXHIBIT

# 5



02/27/2001

John Evans
745 W. 98th St.
Los Angeles, CA 90044

     RE:  Bee Movie

Dear John Evans:

We are returning unread your screenplay submission dated 2/24/01.  Your mail was examined
only to the minimal extent needed to determine its nature. No notice was taken of
its literary content.

While we appreciate your interest in sending material to us, it is our policy, based
on legal and other considerations, not to read or consider unsolicited submissions
of any type, regardless of representation or Writer's Guild of America standing.

In order to submit to Rhythm + Hues, the material and/or writer must be represented by
a signatory of the WGA or a recognized entertainment attorney. Furthermore,
the representation must contact a Rhythm + Hues development executive prior
to sending any intellectual property. Thank you.

Sincerely,

David Glaubke,
Director of Development



**SONY**
PICTURES

FAMILY
ENTERTAINMENT
GROUP

9050 West Washington Boulevard
Culver City, California 90232-2518

Tel: 310 202 3765  Fax: 310 840 8418

June 12, 2001

John Q. Evans
P.O. Box 431333
Los Angeles, CA  90043

**RE: BEE MOVIE**

Dear John,

Enclosed please find your feature script, "Bee Movie".  Thank you for your interest, but Sony Pictures Family Entertainment does not accept unsolicited scripts.

Best,

Kimber Norquest
Creative Assistant



# NATURAL TALENT, INC.

**Literary Agency**

March 10, 2006

John Evans
P.O. Box 431333
Los Angeles, CA 90043

## Re:  A Bee Movie, A Bee Movie II

Dear John:

Thanks for submitting your projects "A Bee Movie" and "A Bee Movie II".  At this time we don't feel that Natural Talent could adequately represent them in the current marketplace.  Therefore, I am returning the materials to you.

We would like to keep your credits in our file for any future opportunities that may present themselves.

Best regards,

Will Swift

# *THE TOWNSEND ENTERTAINMENT CORPORATION*

April 26, 1999

Mr. John Evans
745 W. 98th Street
Los Angeles, CA  90044

Dear Mr. Evans:

Thank you for your interest in the Townsend Entertainment Corporation, and your script submission for "*Bee Movie.*"  Although we have no doubt that it is a wonderful project, given our current slate and schedule, we are not accepting any new or unsolicited projects.  Consequently, we are returning your materials unread.  Nonetheless, we do wish you much success with this project.

Sincerely,

Charlie Jordan
Creative Executive



# hudson AGENCY
**Three Travis Lane**
**Montrose, NY 10548**
**Tel/#914 737-1475**

April 1, 1999

John Evans
745 A, 98th Street
Los Angeles, California  90044

Dear John:

   Thank you very much for the opportunity to look at
<u>Bee Movie</u>.

   I'm sorry, but this is still not something we'd be
interested in representing.  Best of success in setting
it up elsewhere.

                                    All the best,

                                    Sue Giordano

*Submitted to other companies "BEE MOVIE"*



August 23, 2001

Mr. John Evans
745 W. 98th Street
Los, Angeles, CA 90044

Dear Sir:

Thank you for your interest in our company for possible production or financing services. We received the enclosed unsolicited script entitled "Bee Movie" which you forwarded to us for consideration in financing and production.

At present however, while we are a production company that offers more than 15 years of expertise in visual effects and computer animation, we do not solicit motion picture projects for consideration of financing. Should you receive financial backing for this project in the future, we would be delighted to be re-considered as a possible visual effects production resource.

Until then, we wish you the best with your efforts in shopping your script for production financing partners.

Regards,

Kathy Bennett
VP, Marketing

FRIZBEE (~~Pregnant~~) (rug tais) with

Dabe (Tooth Pick) ⑤ SYracuse
Taking Survey

Bark Beetle                    unusually cold

Gypsy moth predicted a Freezing Winter

(What is that
    Peeping inside at frizbee
    Dabe it's a mother!

git off my property/6   47  41  21  34

I got no use for you's

so on, hit the sky ~~~~ BY .Bute Bi''

Can you spell
close up
(Deadpans the camera

who's there?

oh, Jus some visitors — ~~~~

go around back — I'll meet you in a sec
W

# THE TOWNSEND ENTERTAINMENT CORPORATION

April 26, 1999

Mr. John Evans
745 W. 98th Street
Los Angeles, CA  90044

Dear Mr. Evans:

    Thank you for your interest in the Townsend Entertainment Corporation, and your script submission for "*Bee Movie.*"  Although we have no doubt that it is a wonderful project, given our current slate and schedule, we are not accepting any new or unsolicited projects.  Consequently, we are returning your materials unread. Nonetheless, we do wish you much success with this project.

                Sincerely,

                Charlie Jordan
                Creative Executive

*2934  1/2  Beverly  Glen  Circle  #407 * Los  Angeles, CA   90077 * 310.440.2990*

# EXHIBIT

# 6



# EXHIBIT

# 7



**STACEY SNIDER**
CO-CHAIRMAN UNIVERSAL PICTURES

August 30, 1999

John Morgan Evans
745 W. 98th Street
Los Angeles, CA 90044

RE: BEE MOVIE

Dear John,

Thank you for submitting BEE MOVIE.

It's a humorous and entertaining story, and contained many delightful moments. Although it is not something the studio would like to pursue at this time, I would like to offer one of our story analyst's comments if you are interested in doing more work on your script.

There's a cute idea for an animated feature here, with some promising character concepts. But the material could use some organization; the plot lacks focus.

That's partially due to the way the story cuts back and forth between various characters very quickly at the start, which leads to some confusion. It would be good to hang out with the important bees for a longer stretch, so that we'd get to know them better and begin to root for them.

The basic structure overall is what really needs attention. The "Rey and Bumble" storyline and the "Honey Bees v. Killer Bees" storyline never quite come together. There's little sense of a central conflict that builds to a satisfying climax. After all the fighting between Rey and Babe, a sudden fire accidentally set off by the Pastor saves the honey bee hive. Couldn't Rey be more involved in the big finish?

Set-ups for minor plot developments also lack pay-offs. For example, Babe gets threatened by Would Bee and Could Bee early on – but they then disappear from the plot until the big fight at the end. It's unclear what Rey's metamorphosis is all about; if it does actually occur, we never get to see it and understand it.

While Rey is an appealing misfit, Honey Bee and his other friends are only sketchily suggested. We get that Chubbee is overweight, but the other bees could use stronger personalities. The supporting characters in THE LION KING, for example, are all vivid and memorable, as are the featured ants in ANTZ. Babe is on his way towards being a well-rounded bad guy, because he's insecure (no sting!); it would be great to see him as an even more "human" villain.

**UNIVERSAL STUDIOS**
100 UNIVERSAL CITY PLAZA   UNIVERSAL CITY CA 91608   TEL 818 777 7982   FAX 818 866 2151
E-MAIL stacey.snider@unistudios.com
www.universalstudios.com



It would also help to let the audience in on the rules of the story's world.  While the writer has obviously done research on types of bees and bee activities, the story would be even more fun and involving if more bee information could be conveyed.  We'd like more of an explanation of why the killer bees are after the honey bees on the drones' behalf.  A BUG'S LIFE, for example, laid out all the necessary information (i.e. concerning ants and grasshoppers) very clearly in its opening.

John, I hope this will be helpful to you.  Thanks again for thinking of me and I wish you the best of luck in seeing your project to fruition.

Warm regards,

Stacey Snider

SS/lb
encl.



**STACEY SNIDER**
CO-CHAIRMAN UNIVERSAL PICTURES

October 26, 1999

John Morgan Evans
745 W. 98th Street
Los Angeles, CA 90044

RE:  TODAY TOMORROW

Dear John,

Thank you for submitting TODAY TOMORROW.   While you clearly have creative ideas about the future environment, this script could benefit from more detailed characters and a better defined structure.  As with BEES, your previous submission, I would like to offer one of our story analyst's comments if you are interested in doing more work on your script.

While this script addresses resonant racial issues and hints at an intriguing future world, its significant structural issues, character confusion, and lack of clarity about its futuristic setting make for a difficult read.

One gets the sense upon reading this script that the writer has a clearer idea about the story, the world, the characters, and the themes than is actually expressed in the screenplay itself.  There are certainly clear, important themes, notably a look at racial oppression and an exploration (perhaps somewhat muddled, but certainly present) of women's issues and female empowerment.  However, these themes unfortunately take place within an overall context that is not so clear.

The first area of concern is the structure.  The script has an unconventional, two-part structure, with a first section that focuses upon woman protagonist JONI and a shorter second section that examines her father JAEPHUS.  This overarching structure tends to play against the traditional (and typically desirable) three-act structure that we tend to see in studio screenplays.  The net result is a script that basically builds separately two major events in the separate sections -- Joni's trip to Alaska in the first section and Jaephus' success in getting into the tunnels in the second.  These almost feel more like short stories in their structure, building to a singular event rather than creating the complications and reversals we tend to see within a traditional three-act piece.  Essentially, what seems to be missing here is what one typically finds within a second act in a regular screenplay -- complication, dramatic irony and reversals, subplots, and multiple narrative strands that resolve into a conclusion.

**UNIVERSAL STUDIOS**
100 UNIVERSAL CITY PLAZA   UNIVERSAL CITY CA 91608   TEL 818 777 7982   FAX 818 866 2151
E-MAIL stacey.snider@unistudios.com
www.universalstudios.com



A clear narrative progression is also an issue. While Joni's conflicts eventually become apparent, they are not set up in a strong story-oriented fashion that presents concrete problems and complications that build upon each other. Instead, Joni's issues are presented more from a character point of view, but this leaves us without a strong central storyline. We get incidents that reflect upon the society and Joni's issues, but no narrative center that can provide a spine for the movie.

Unfortunately, the problems here are not solely structural. The screenplay also stumbles in terms of the clarity of the world that it is trying to create. While there are intriguing ideas here -- the "rag," the futuristic jobs program, etc -- none of them are clear enough to really come to life. One never really understands how the "rag" works, the jobs system and the whole structure of this future society remains unclear, and there are many questions about the way things work in this future world that are simply never addressed. This is particularly important in a science fiction script, as a huge part of what makes this type of sci-fi interesting is the realism, the believability, and the creativity of the future worlds. This script definitely offers some creativity, but it hasn't tempered this with realism and believability. Weak science is also an ancillary issue here -- as sci-fi fans tend to be well-educated about science, blatant scientific stretches (such as the odd moment here in which a futuristic technology is given credit for watch-phones which in reality could be built today) are a particular problem for believability.

The believability of the future world is also an issue in making the race and gender themes at the root of this script emotionally and intellectually accessible. Since the future world doesn't feel organic right now, its dystopian racial oppression and gender inequality feels as if it exists solely to grind an axe about these issues in real life. While a connection to real-life themes is of course a major point, the elements need to feel real and to be narratively justified for this to reach the hearts of the audience. Otherwise, this becomes a political diatribe rather than a movie.

Character work is difficult to address in this script because the characters are such a part of the contextless, hard-to-understand future world. The emotional conflict between Joni and little sister TUKI is clear enough, as is their affection (although the bizarre scenes that address bad breath, which appear to have been included for comic relief, really don't work and should be replaced with something more tender). However, no one here really comes alive as people with interior psychologies. Part of the problem may be that characters are used too much for exposition. Another issue is that sociological concerns (gender, race, class, etc) or roles in society (cops, rich people, criminals, etc) seem to dominate the creation of the characters rather than internal psychology, concrete, emotionally accessible motivations, etc. This writer would do well to step aside from the thematic agenda here, loosen the focus upon character types, and re-address the characters here with a stronger focus on individuality, psychological realism, and specific, emotionally driven motivation. Dialogue is an ancillary issue, with an attendant need for greater realism. In particular, characters need to exhibit individual diction choices,



rhythmic patterns, and emotional drives in their dialogue that can flesh them out as people.  Currently, they all sound a little too similar and tend to express either thematic concerns or expository material.

Overall, this script exhibits imagination, but needs to focus much more upon the writing process in order to hone that imagination into a workable, believable movie.

John, I hope this will be helpful to you.  Thanks again for thinking of me and I wish you the best of luck in seeing your project to fruition.

Warm regards,

Stacey Snider

SS/lb
encl.

# EXHIBIT

# 8

**Emily Birdwhistell**
Senior Counsel, Litigation
NBCUniversal Media, LLC

100 Universal City Plaza
Building 1280, 9th Floor
Universal City, CA  91608

818 777-8360 Tel
Emily.birdwhistell@nbcuni.com

# NBCUniversal

November 11, 2020

**<u>VIA ELECTRONIC MAIL</u>**
Roger L.Wilkerson, III, Esq.
Fahad Sharif, PC
18960 Ventura Blvd., #440
Tarzana, CA 91356
roger@lawrriorinc.com

Re:    *John Evans v. Universal Filmed Entertainment Group, et al.*
United States District Court Case No.: Not Yet Filed

Dear Mr. Wilkerson:

I am in-house litigation counsel for NBCUniversal Media, LLC, Universal Pictures, a division of Universal City Studios LLC, DreamWorks Animation, LLC ("DreamWorks"), and all related entities (collectively herein, "NBCUniversal"). Your October 28, 2020 letter to Christopher Miller has been forwarded to me for response on behalf of any potential defendants.  I have reviewed your letter and all attachments, and respectfully reject any claim against any entity or individual affiliated with the 2007 DreamWorks Animation animated film *Bee Movie* (herein, the "Film") or NBCUniversal as wholly unfounded.

First, as Mr. Miller pointed out in his September 2019 email included in your letter, you have not, and cannot, demonstrate the access to Mr. Evans' work necessary to support a claim for copyright infringement. You assert that Mr. Evans submitted his script to Stacey Snider in 1999.  Ms. Snider was an employee of Universal Pictures at that time and left the company in 2006[1].

The Film, however, was not created, developed or produced by Universal Pictures or any other entity affiliated with NBCUniversal.  DreamWorks Animation publicly announced in 2005[2] that it was producing the Film based on the idea and script

---

[1] Ms. Snider did go to DreamWorks Pictures after departing Universal, however, DreamWorks Pictures is a completely separate entity, unaffiliated with DreamWorks Animation as of 2004, and similarly had nothing to do with the Film.

[2] See, e.g., https://apnews.com/article/5224444fed16c02d2918a0e7d55c8c98

independently created by Jerry Seinfeld. Neither Universal Pictures nor Ms. Snider had any part in the creation, development or production of the Film. Indeed, as you recognize in your letter, NBCUniversal did not acquire DreamWorks Animation until August 22, 2016, nine years after the release of the Film.  Please note that "[r]easonable access requires more than a bare possibility, and may not be inferred through mere speculation or conjecture." *Gable v. Nat'l Broad. Co.*, 727 F. Supp. 2d 815, 824 (C.D. Cal. 2010) (emphasis added); *see also Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 482 (9th Cir. 2000) (same).  You have fallen far short of demonstrating any possibility of access, and by your own admission[3], you are pursuing a claim against the wrong parties.

Second, you have not identified any protectable similarities between the Film and Mr. Evans' script that would be entitled to protection under copyright law. All the alleged similarities identified in your letter are generic elements—scenes à faire that would logically flow from a story about bees. *See Funky Films, Inc. v. Time Warner Entm't Co., L.P.*, 462 F.3d 1072, 1077 (9th Cir. 2006) ("scenes à faire, which flow naturally from generic plot-lines, are not protectable."); *see also Metcalf v. Bochco*, 294 F.3d 1069, 1074 (9th Cir.2002); *Cavalier v. Random House*, 297 F.3d 815, 822 (9th Cir.2002) (The analysis is whether "the protectable elements, standing alone, are substantially similar.").  Certainly, you are not asserting that your client owns the idea of bees, their connection to honey and pollen, or the concepts of dangling one's feet over a ledge or meadows, just to name a few.

Third, your horn book recitation notwithstanding, you have provided no legal or factual support for the current settlement demand of $281,797,121.00, or nearly the total of the Film's worldwide box office.  Nor could you. There is simply no support under the Copyright Act for such a demand, even were there liability, which as addressed above, there is not. 17 U.S.C. § 504.

Lastly, please be aware that should you choose to pursue these baseless claims, NBCUniversal will not hesitate to fully defend itself and seek all remedies available under law. This includes, but is not limited to, seeking sanctions under Federal Rule of Civil Procedure 11 for knowingly filing a lawsuit against the wrong parties, and seeking the recovery of our attorneys' fees.  Under the fee-shifting provision of the Copyright Act, your client will be personally liable for such a fee award.

NBCUniversal makes every effort to be respectful of others' intellectual property rights, but respectfully disagrees that there is any liability for any claim against any potential defendant identified in your letter. The Film was independently created, no one involved with the creation of the Film had access to your client's script, and there are no protectable similarities in the works at issue.

---

[3] The information regarding the timeline of the DreamWorks Animation acquisition is all readily available with a simple internet search, as you must know since you accurately identified the acquisition time period in your letter.

Nothing contained in or omitted from this letter shall be deemed an admission by NBCUniversal or any of its affiliates or any other party of any facts or a waiver of their rights, remedies or defenses, in law or in equity, all of which are expressly reserved.

Very truly yours,

*/s/ Emily Birdwhistell*
Emily Birdwhistell
Senior Counsel, Litigation

cc:    Chris Miller (Christopher.c.miller@nbcuni.com)

# EXHIBIT
# 9

☰                                      # DEADLINE                                     TIP US

**BREAKING NEWS**

Sony's Tom Rothman: The Film That Lit My Fuse & Why Moviegoing Will
Survive Streaming And Roar Back

HOME / FILM / BREAKING NEWS

## DreamWorks Duo Stacey Snider And Steven Spielberg Staying Put



By Mike Fleming Jr
August 14, 2012 7:36am

**EXCLUSIVE**: The not-so-discreet backroom discussions that were going on between Stacey Snider, Steven Spielberg and Comcast for Snider to take a top post at Universal Pictures are now as dead as disco, I'm told.

There were widespread (but murky) reports in the last few weeks that Ron Meyer might move up to make room for the former top Universal exec Snider in a senior post at the studio. Spielberg was in the middle of those discussions, though it was unclear what role he would have played beyond a supportive one. The timing of the whole thing was unusual, given that Universal is poised to have its best annual domestic box office results ever.

I'm told that Snider and Spielberg are definitely staying where they are at DreamWorks, after solidifying a new round of funding from Reliance. They continue in a distribution deal at Disney that would have required a complicated exit. After leaving Paramount, Snider and Spielberg got their Reliance funding and made the Disney deal at the last minute after it was expected they would release their films through Universal, the lot where their headquarters are based. That created strained relations, but they seem to be thawing with forward progress on another *Jurassic Park*, a big piece of business for both parties. Spielberg most recently directed *Lincoln*, and has *Robopocalypse* up next with Chris Hemsworth, while he continues to circle the Moses epic *Gods and Kings* with Warner Bros.

**Subscribe to Deadline Breaking News Alerts and keep your inbox happy.**

# DreamWorks Animation

**DreamWorks Animation**, American entertainment company producing animated feature films, original TV series and shorts, interactive media, live entertainment, theme park attractions, and consumer products. It is based in Glendale, California.



*Shrek*

Scene from the animated motion picture *Shrek* (2001), directed by Andrew Adamson and Vicky Jenson.
© *2001 DreamWorks LLC*

DreamWorks Animation originated as a division of DreamWorks SKG, a company founded in 1994 by Steven Spielberg, Jeffrey Katzenberg, and David Geffen (the "S," "K," and "G" of the company name). Katzenberg, formerly the head of film and television production of the Walt Disney Company, took charge of the new company's animated film production. In 2004 DreamWorks spun off DreamWorks Animation as an independent company, and Katzenberg stayed on as chief executive officer. In August 2016 the corporation was acquired by NBC Universal (also known as NBCUniversal), a subsidiary of Comcast Corporation, which was originally a cable television operator.

Owing to the slow pace of animated feature production, the first two DreamWorks Animation features were not released until 1998. *The Prince of Egypt*, a Biblical epic, was mostly made with traditional cel (or cell) animation technology, but the talking-insect story *Antz* was an early product of computer-generated animation. The company came to use computer animation exclusively for its own productions, but maintained for many years a partnership with Aardman, a British company that specialized in stop-motion clay animation. Starting with *Monsters vs. Aliens* (2009), DreamWorks Animation released all its feature films in 3-D, or stereoscopic, format.

*Shrek* (2001), a DreamWorks Animation film based on magazine cartoonist William Steig's book about an eponymous lovable ogre, won the first Academy Award for best animated feature. That film and its sequels were box office hits, together grossing more than $1.2 billion

in the United States alone. *Shrek 2* (2004) was the highest-grossing film—of any type—in the United States during the year of its release. Other DreamWorks animated features that were successful enough to spawn at least one sequel included *Madagascar* (2005), *Kung Fu Panda* (2008), and *How to Train Your Dragon* (2010). *The Curse of the Were-Rabbit* (2005), an Aardman film distributed by DreamWorks Animation, won the Oscar for animated feature in 2006.

DreamWorks Animation also supplied animated series to television networks and to streaming services such as Netflix. Many DreamWorks series—for example, *The Penguins of Madagascar* (2008–15) and *Kung Fu Panda: Legends of Awesomeness* (2011–16)—are feature film spin-offs. In addition, theme park attractions based on the company's films are found at a number of locations, including several parks run by Universal Studios.



Robert Lewis

### *Turbo FAST*

A scene from *Turbo FAST*, an animated series that debuted in late 2013. It was the first Netflix original children's series and the first show in a long-term programming deal with DreamWorks Animation.

*Netflix/AP Images*

Citation Information

Article Title: DreamWorks Animation

Website Name: Encyclopaedia Britannica

Publisher: Encyclopaedia Britannica, Inc.

Date Published: 03 December 2020

URL: https://www.britannica.com/topic/DreamWorks-Animation

Access Date: June 04, 2021

# NBCUniversal Completes DreamWorks Animation Acquisition

08/22/16                                     Download PDF

NEW YORK--(BUSINESS WIRE)-- Advancing its position in kids and family entertainment, NBCUniversal, a division of Comcast Corporation (NASDAQ: CMCSA), today announced it has completed its acquisition of DreamWorks Animation SKG, Inc. (DWA). The studio will become part of the Universal Filmed Entertainment Group, which includes Universal Pictures, Fandango, and NBCUniversal Brand Development.

This Smart News Release features multimedia. View the full release here: http://www.businesswire.com/news/home/20160822006031/en/

Under terms of the deal valued at approximately $3.8 billion, DWA stockholders are receiving $41 in cash for each share of DWA common stock, and post-closing, DWA shares will no longer be listed on the NASDAQ.

In addition, on September 21, 2016, DWA will redeem all $300 million aggregate principal amount outstanding of its 6.875% Senior Notes due August 15, 2020 at a redemption price of 105.156% of the principal amount thereof, plus accrued and unpaid interest to, but not including, the date of redemption.

## About NBCUniversal

NBCUniversal is one of the world's leading media and entertainment companies in the development, production, and marketing of entertainment, news and information to a global audience.

NBCUniversal owns and operates a valuable portfolio of news and entertainment television networks, a premier motion picture company, significant television production operations, a

About DreamWorks Animation

DWA is a global family entertainment company with business interests that span feature film and television production; licensing and consumer products; location-based entertainment; and new media properties, including the company's controlling interest in AwesomenessTV. The company's feature film heritage includes many of the world's most-beloved characters and franchises, including Shrek, Madagascar, Kung Fu Panda and How to Train Your Dragon, while its 32 feature film releases have amassed more than $13 billion in global box office receipts. DWA's television business has quickly become one of the world's leading suppliers of high-quality family programming, reaching consumers on linear and on-demand platforms in more than 130 countries and winning a total of 25 Emmy™ Awards to date. The company's deep portfolio of intellectual property is supported by a robust, worldwide consumer products practice, which includes licensing, and location-based entertainment venues around the world. DWA is also the majority owner of AwesomenessTV, a leading video destination for Generation Z and Millennial audiences, and also owns 45% of Oriental DreamWorks, a world-class animation studio in China that produces family entertainment for both Chinese and global audiences.

Note: This press release contains forward-looking statements. Readers are cautioned that such forward-looking statements involve risks and uncertainties that could cause actual events or our actual results to differ materially from those expressed in any such forward-looking statements. Readers are directed to Comcast's periodic and other reports filed with the Securities and Exchange Commission (SEC) for a description of such risks and uncertainties. Comcast does not undertake any obligation to update any forward-looking statements.

View source version on businesswire.com:
http://www.businesswire.com/news/home/20160822006031/en/

Press Contacts:

NBCUniversal

Lauren Skowronski, 212-664-2432

Lauren.Skowronski@nbcuni.com