## DECLARATION OF JOHN EVANS

I, JOHN EVANS, declare:

1. I am the Plaintiff in this matter. I make this declaration in support of Plaintiff JOHN EVANS's Complaint against Universal Filmed Entertainment Group, et al. for Copyright infringement

2. If called upon as a witness, I could and would competently testify to the following based on my personal knowledge or, as indicated, based on information and belief.

3. I have reviewed Defendants Motion for Dismissal and Request for Judicial Notice.

4. I have produced all responsive documents as agreed to, and required for the complaint and this opposition.

5. I have conducted a reasonable search and diligent inquiry of records in my possession, custody, and control, including records and documents in my personal computer and cell phone for any responsive documents.

6. On April 14, 1999, I received a Certificate of Registration from the United States Copyright Office for the original animated screenplay work entitled "Bee Movie", including the alternate title "The Bee Movie". Attached hereto as Exhibit "1" [United States Copyright Office Certificate of Registration for the Animated Screenplay Bee Movie, Reg# PAU2-399-668], herein referred to as "Bee Movie Copyright" is a true and accurate copy of my United States Copyright Office Certificate of Registration for the Animated Screenplay Bee Movie, Reg# PAU2-399-668. This was one of several literary works I had written at the time, but the first animated screenplay. I came up with the idea for the Bee Movie screenplay while working pest control for the City of Los Angeles Department of Recreation and Parks

7. Knowing this original work was uniquely precious, I took the additional step of placing an original copy of his script into a sealed United States Post Service ("USPS") envelope, sealing that envelope with the intent of never opening it again unless to prove authenticity, sending the sealed envelope via USPS certified mail, post-marked 29, 1999, to date his intellectual property, thereby helping to establish that the screenplay was and has been in his possession since that date. Attached hereto as Exhibit "2" [John Evan's Poor-man's Copyright for "Bee Movie Copyright"] is a true and accurate copy of my Poor-man's Copyright .

8. I then began the process of submitting his script for "Bee Movie" to numerous studios. Attached hereto as Exhibit "5" [ Various Rejection Letters for the Animated Screenplay Bee Movie ) attached hereto are true and accurate copies of my various letters.

9. I was and am aware that from approximately 1999 to 2006, Stacey Snider was the Co-Chairman of Universal Pictures. Luella Stoker, an in-law, at the time worked as a house-keeper for Ms. Snider for the duration of 1999. As a favor to her house-keeper, Ms. Snider agreed to read and review my original animated screenplay Bee Movie. Attached hereto as Exhibit "6" [Picture of Mr. Evans' stepmother with Stacey Snider at a Birthday Party] are true and accurate copies of my stepmother with Stacey Snider.

10. On August 30, 1999, I received a two detailed letters, evaluation letters, from Stacey Snider, the then Co-Chairman of Universal Pictures, regarding the Bee Movie screenplay and a second live-action screenplay entitled Tomorrow Today. In the Rejection Letter, Ms. Snider clearly states: "Thank you for submitting BEE MOVIE...." Attached hereto as Exhibits "3 and 7" [ Universal Pictures Rejection Letter for the Animated Screenplay BEE Movie from Stacey Snider] , herein referred to as "Rejection Letter" are true and accurate copies of evaluation letters from Stacey Snider, date August 30, 1999.

11. In November of 2007, I became aware of the animated film released by DreamWorks. In utter shock and disbelief that such a major company would infringe upon his intellectual property clearly evinced by the Bee Movie Copyright, I purchased a ticket to watch DreamWorks' infringing animated film.

12. I began taking comparative notes between his screenplay and the infringing film. Not only did DreamWorks film bear the exact same title as Mr. Evans' screenplay, the film was produced in the same medium, animation, he had envisioned for his project as well as twenty-eight (28) significant similarities in dialogue, structure, and themes.

13. I am aware that NBCUniversal Media, LLC, Universal Pictures, a division of Universal City Studios LLC, DreamWorks Animation, LLC ("DreamWorks"), and all related entities (collectively herein, "NBCUniversal") are now the owners of the infringing film "Bee

Movie" as of on August 22, 2016, NBCUniversal, a division of Comcast Corporation (hereinafter "CMCSA"), announced it completed its acquisition of DreamWorks Animation SKG Inc. ("DreamWorks"). The studio DreamWorks is now a part of the Universal Filmed Entertainment Group. Under terms of the deal valued at approximately $3.8 billion, DreamWorks stockholders received $41 in cash for each share of DreamWorks common stock, and post-closing, DreamWorks shares are no longer listed on the NASDAQ. Universal Filmed Entertainment Group is now a division of NBCUniversal, which is now a division of Comcast Corporation.

14. I am aware that currently, via multiple platforms such as Amazon, Netflix, and Microsoft X-box Movies Downloads, the infringing film entitled "Bee Movie" is still available for streaming and downloading. Collectively, DreamWorks, Stacey Snider, Jerry Seinfeld, Universal Filmed Entertainment Group, and the other potential Defendants are availing this infringing film without Mr. Evans' permission, for their own exploitation and profit.

15. As a direct result of the collective actions of NBCUniversal Media, LLC, Ms. Snider, Mr. Seinfeld, and all potential Defendants, I have suffered significant mental anguish and distress that resulted in a collapse of my overall health as well as my personal finances. This includes, but not limited to, an onset of stress induced and related cancers, renal failure, and respiratory issues.

16. I hereby give my counsel permission to disclose the digital copy of my animate screenplay for Bee Movie.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2021, at Los Angeles, California.

_____
JOHN EVANS