**THE LAW OFFICE OF FAHAD SHARIF, PC**
FAHAD SHARIF, ESQ. (SBN# 322563)
*fshariflaw@gmail.com*
ROGER L. WILKERSON, III, ESQ. (SBN #327889)
*roger@lawrriorinc.com*
18960 Ventura Blvd #440
Tarzana, CA 91356
Telephone:  (310) 361-5614
Facsimile:  (310) 362-0434

Attorneys for Plaintiff, JOHN EVANS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **JOHN EVANS,** an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**NBCUNIVERSAL MEDIA, LLC**, a corporation**; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC**, a corporation; **JERRY SEINFELD**, an individual; **STACEY SNIDER**, an individual, and DOES, 1 to 10, inclusive,<br><br>Defendants. | CASE NO.   2:21-cv-00984-CBM-PD<br><br>*Assigned to Hon. Consuelo B. Marshall*<br><br>**DECLARATION OF ROGER WILKERSON IN SUPPORT OF PLAINTIFFS JOHN EVANS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6);**<br><br>Date:        June 22, 2021<br>Time:       10:00 a.m.<br>Dept.:       8B<br><br>Notice of Opposition; Opposition to Defendant's Request for Judicial Notice; Declarations of John Evans; and; and [Proposed] Order filed concurrently herewith)<br><br>Complaint filed:  February 5, 2021 |

I, Roger L. Wilkerson, declare as follows:

1. I am an attorney at law duly authorized to practice in the State of California and am admitted to practice in the Central District of California. I am associate at The Law Office of Fahad Sharif, PC, and counsel of record for Plaintiff JOHN EVANS ("Plaintiff"). I have personal knowledge of the facts herein, and if called upon to do so, I could and would competently testify thereto.

2. I am filing this declaration in support of Plaintiff John Evans' Opposition To Defendants' Motion To Dismiss, which is set for hearing on June 22, 2021 at 10:00 a.m., in Department 8B of this Court.

3. On November 4, 2020, Plaintiff mailed a cease and desist letter to NBCUniversal to notify Defendants that their infringing-film bears the exact same title as Plaintiff's screenplay, the film was produced in the same medium Plaintiff had envisioned for his project as well as twenty-eight (28) significant similarities in dialogue, structure, and themes. On November 11, 2020 Plaintiff received a reply from Ms. Emily Birdwhistell in which she stated she was in-house litigation counsel for NBCUniversal Media, LLC, Universal Pictures, a division of Universal City Studios LLC, DreamWorks Animation, LLC ("DreamWorks"), and all related entities (collectively herein, "NBCUniversal. Ms. Birdwhistell represented herself as an agent of all of Co-Defendant NBCUniversal's aforementioned affiliated subsidiaries, indicating a relationship between all the related entities. Attached hereto as Exhibit 8 is a true and accurate copy of Defenandants' Reply Letter from NBCUniversal, dated November 11, 2020.

4. On May 10, 2021, the managing partner, Fahad Sharif, and I met and conferred via Zoom video conference with Defendants' counsel Aaron Moss and Lauren Fishelman, pursuant to Local Rule 7-3. We thoroughly discussed Plaintiff's claims but were not able to reach a resolution. Furthermore, Plaintiff's counsel informed Mr. Moss that in 2019, 2020, and 2021, counsel attempted to obtain a copy of Plaintiff's forty-six (46) page screenplay for Bee Movie from the U.S. Copyright

Office. However we were informed that due to the age of Plaintiff's registration (April 14, 1999) the deposited copy may no longer be available. Additionally, we advised Defense counsel that Plaintiff does have possession of his origin screenplay still sealed in a United States Post Service ("USPS") envelope, Poor-man's Copyright for Bee Movie Copyright and a digital copy. We informed Defense Counsel, that in the case that we were not able to obtain the deposited copy, that we are prepared to provide the digital copy to the Court by the hearing or upon Court order or request. However, Plaintiff's consent was required prior to Plaintiff's counsel's disclosure. This stems from Plaintiff's understandable fear of having his work misappropriated or infringed upon again and was a term of retainment for Plaintiff's counsel.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on this day the 28 of May 2021, at Tarzana, California.

*Roger L. Wilkerson*
Roger L. Wilkerson, Esq., Declarant