**THE LAW OFFICE OF FAHAD SHARIF, PC**
FAHAD SHARIF, ESQ. (SBN# 322563)
*fshariflaw@gmail.com*
ROGER L. WILKERSON, III, ESQ. (SBN #327889)
*roger@lawrriorinc.com*
18960 Ventura Blvd #440
Tarzana, CA 91356
Telephone:  (310) 361-5614
Facsimile:   (310) 362-0434

Attorneys for Plaintiff, JOHN EVANS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN EVANS, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, a corporation; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC, a corporation; JERRY SEINFELD, an individual; STACEY SNIDER, an individual, and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No.  2:21-cv-00984-CBM-PD<br><br>[Hon. Consuelo B. Marshall]<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE IN PART.**<br><br>Date:        June 22, 2021<br>Time:       10:00 a.m.<br>Crt. Rm:    8B<br><br>[Plaintiffs Opposition to Defendants Motion to Dismiss; Opposition to Requested Judicial Notice; and Supportive Declaration and Exhibits filed herewith] |

Defendants NBCUniversal Media, LLC, Universal Pictures, a division of Universal City Studios LLC,1 Jerry Seinfeld, and Stacey Snider's (collectively, "Defendants") Motion to Dismiss Plaintiff John Evans' ("Plaintiff") Complaint came on regularly for hearing on June 22, 2021, at 10:00 a.m., in the courtroom of the Honorable Consuelo B. Marshall.  Appearances on behalf of the parties were as reflected in the record.

The Court, having considered the papers filed in support of and in opposition to the Motion, all evidence set forth therein, the arguments of counsel, and all other matters properly before the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. Defendants' Request for Judicial Notice is DENIED;
2. Defendants' Motion to Dismiss is DENIED; and
3. Plaintiff's Complaint is AFFIRMED. Further reasons supporting the Court's determinations are set forth in the Court's Order on the Motion.

**IT IS SO ORDRED.**

Dated: June ___, 2021

_____
The Hon. Consuelo B. Marshall
United States District Court Judge

By: _____
AARON J. MOSS (SBN 190625)
TIFFANY GELOTT (SBN 321951)
LAUREN R. FISHELMAN (SBN 317601)
Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 18960 Ventura Blvd. Ste. #440, Tarzana, California 91356.

On June 4, 2021, I served the within document(s) described as:
**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

on the interested parties in this action as stated on the attached mailing list.

☐ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

[X] (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is (310) 362-0434 and (323) 747-8312, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this Firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

[X] (BY ELECTRONIC MAIL) I caused such document(s) to be Served to all Party/Parties through electronic means at the electronic addresses as set forth on the attached service list. Upon completion of transmission of said document(s), I did not receive an "undeliverable" receipt.

☐ (BY PERSONAL SERVICE) I personally served all parties on the attached service list.

Executed on June 4, 2021, at Tarzana, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Candice Valenton

PROOF OF SERVICE

**JOHN EVANS v. NBCUNIVERSAL MEDIA, LLC, et al.**

Case No. **2:21-cv-00984-CBM-PD**

**CLIENT:** JOHN EVANS

**FILE NO.:** CS300.000.000

## SERVICE LIST

| |
|---|
| **Aaron Moss, Esq.**<br>**GREENBERG GLUSKER LLP**<br>2049 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>**Telephone: (310) 785 – 6814**<br>**Facsimile: (310) 201 – 2314**<br>**Email:**<br>**amoss@greenbergglusker.com**<br><br>Attorney for Defendants,<br>NBCUNIVERSAL MEDIA, LLC;<br>STACEY SNIDER; and<br>JERRY SEINFELD |

[PROPOSED] ORDER