**Roger L Wilkerson**
**714 N. West Knoll Drive #5**
**West Hollywood, CA 90069**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RI       **PAu 2 - 399 - 668**

*#PAu002399668#*

**EFFECTIVE DATE OF REGISTRATION**

April    14    1999
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

*BEE MOVIE*

PREVIOUS OR ALTERNATIVE TITLES ▼

*The Bee Movie*

NATURE OF THIS WORK ▼ See instructions

*

**2**

**a**

NAME OF AUTHOR ▼

*John Q. Evans*

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ *U.S.A.*
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
* *Animated Screenplay*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
*1999*

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

*John Q. Evans*

*745 W. 98th St. L.A. 90044 Ca.*

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
APR 14 1999
ONE DEPOSIT RECEIVED
APR 14 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

**\*Copy containing typewritten words deposited for registration.**

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☑ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

*John Evans   745 W. 98th St. L.A. 90044 CA.*

Area Code and Telephone Number ▶  *323  7541827*

Be sure to give your daytime phone number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
                                                                                    Date ▶ *3-30-99*

Handwritten signature (X) ▼  *John Evans*

| MAIL CERTIFI-CATE TO | | **9** |
|---|---|---|
| Name ▼  *John Quincy Evans* | | |
| Number/Street/Apt ▼  *745 W. 98th Street* | | |
| City/State/ZIP ▼  *Los Angeles 90044 California* | | |

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**\*17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000   ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/46

## UNITED STATES COPYRIGHT OFFICE
# Receipt of Payment

RECORDS RESEARCH
& CERTIFICATION

Name: Roger L. Wilkerson, III, LL.M., Esq

Address: 714 N. West Knoll Drive #5

West Hollywood, CA 90069

Phone: 310-361-5614

Completed Date: 7/1/2021

Service Request No.: 1-10554853324  KCT

Registration No.: PAu 2-399-668

Title:

Other:

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | $ 0.00 |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | $ 0.00 |
| Electronic deposit | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Electronic application | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | $ 0.00 |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | 1 | $ 55.00 | $ 55.00 |
| Black and white | $12.00 | | $ 0.00 | $ 0.00 |
| Color | $12.00 | | $ 0.00 | $ 0.00 |
| CD/DVD | $12.00 | | $ 0.00 | $ 0.00 |
| Flash drive | $12.00 | | $ 0.00 | $ 0.00 |
| Audio cassette | $12.00 | | $ 0.00 | $ 0.00 |
| Video cassette | $12.00 | | $ 0.00 | $ 0.00 |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | | $ 0.00 | $ 0.00 |
| Certification | $200.00 | | $ 0.00 | $ 0.00 |
| Double certified certificates | $255.00 | | $ 0.00 | $ 0.00 |
| Expedited service | $500.00 per hour | | $ 0.00 | $ 0.00 |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | $ 0.00 |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | $ 0.00 |
| Each additional page | $1.00 per page | | $ 0.00 | $ 0.00 |
| Public photocopying | $0.25 per page | | $ 0.00 | $ 0.00 |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | $ 0.00 |
| Litigation search | $200.00 per hour | | $ 0.00 | $ 0.00 |
| Inspection search | $200.00 per hour | | $ 0.00 | $ 0.00 |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional hour | $200.00 | | $ 0.00 | $ 0.00 |
| **Other Services** | | | | |
| | $ | | $ 0.00 | $ 0.00 |
| | | **Total Fee** | $ 55.00 | |
| | | **Total Amount Paid** | | $ 55.00 |
| | | **Refund** | | $ 0.00 |

U.S. Copyright Office   ·   Library of Congress   ·   101 Independence Avenue SE   ·   Washington, DC 20559   ·   www.copyright.gov
REVISED: 03/2020