John Evans
P.O. Box 431333
L.A. 90043 CA





U.S. POSTAGE PAID
L.A., CA 90043
MAR 29, '99
AMOUNT
$6.00
0000  00032642-07

U.S. POSTAGE PAID
L.A., CA 90043
MAR 29, '99
AMOUNT
$1.65
0000  90043  00032642-07

$8.97
0000  90043  00078428-03

John Evans
P.O. Box 431333
L.A. 90043 CA

REGISTERED