

LIBRARY OF CONGRESS

Copyright Office
of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **BEE MOVIE** deposited in the Copyright Office with claim of copyright registered under number **PAu 2-399-668**.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on June 22, 2021.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Jarletta Walls
      Section Head
      Records Research and Certification Section
      Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

"BEE MOVIE"

(Animation)

THE TALE OF TWO GROUPS OF BEES, THE KILLER BEES

SET AGAINST THE HONEY BEES WHOSE MAIN CHARACTER

IS IN AN IDENTITY CRISIS AND HAS TO LEARN TO BE

HIMSELF - JUST A PLAIN OLD KING. -Registered-

John Evans
P.O. Box 431333
L.A. 90043, Ca.
(323) 7541827



PAu 2-399-668



LIBRARY OF CONGRESS
APR 1 4 1999
COPYRIGHT OFFICE

BEE MOVIE

Gang of Killer bees, a cast of cartoon characters clad in an
assortment of flying gear ranging from sun-goggles to scarves to
a Y2K pin, circles over the valley floor in formation. The lead
bee signals to the others to fly toward a nearby church steeple
which serves as a landmark for their daily reconnaissance. They
pass the steeple and continue on in this secluded little town.

                          LEAD BEE
                         (to others)
Okey boys, Captain Babe here - now listen - keep your eyes open
for one of those delicious honey bee hives. Their out here some-
where ... I can smell 'em! And remember - first one of you's to
spot one gets a little piece of the cone. (sniggling) And of
course - one of the little Honeys!

                         SECOND BEE
Mr. Babe, why cant we have two of the little Honeys?

                           BABE
                         (flustered)
I said ONE Honey - ONE! Can you spell one?

                         SECOND BEE
                         (spelling)
w-o-n!

                           BABE
                          (irate)
Fool!

                         SECOND BEE
                         (spelling)
f-u ... no, p-h-o ...

                           BABE
                       (disbelieving)
Okey,okey - come on let's go.

They fly off.

ANOTHER ANGLE


Two honey bees watch the overhead surveilance team from a large
leaf in the lovely meadow flush with the springs foliage.


                              FIRST BEE
You know - i'm getting sick of these Killer Bee watches.
If it was up to me i'd ... i'd kill them all.


                         SECOND BEE
Oh you would?


                         FIRST BEE
Yeah.


                         SECOND BEE
And how do you suppose you'd do that?


The bee galantly plucks a leaf spine and begins to demonstrate
his duelling skills.


                         FIRST BEE
Like this.


                         SECOND BEE
Oh, come on Rey - forget it. I think, for now, we'd do
best just to 'quote-unquote' "monitor their progress"!


                              REY
                           (serious)
Monitor their progress ... yeah. Truly - you know it's
just a matter of time before they'll find our hive - like
they found the others. One day, maybe at dusk - maybe at
dawn - they'll swarm us, and raid the nest - kill the
queen.(then) But i'll never let them have you, Honey Bee,
never. I'll kill them!


                         HONEY BEE
Rey you' gotta stop talkin' like that.


                              REY
I will!

3

                          HONEY BEE
I know Rey. Everybody knows how big and strong you are —
but dont worry, the Killer Bees will leave this valley
soon — watch.


PANARAMIC VIEW OF VALLEY

                          HONEY BEE
                         (reflective)
Our lovely valley. I'll never forget when we found you
wandering around lost in the meadow. You were so cute —
just a toddler — with a name tag, 'Rey'.


                            REY
I dont know what's so cute about being abandoned by
your parents.


                          HONEY BEE
Oh Rey, we've gone over that a million times. Your
parents probably stowed you away before the Killer Bees
raided their hive and killed your colony.


                            REY
                        (meloncoly)
Yeah ... maybe.


                          HONEY BEE
What's to maybe? We found your colony destroyed and you
were there in the north meadow with a note, "care for
our son, Rey".


                            REY
I know Honey Bee — it's just ...


                          HONEY BEE
It doesn't matter any more — you're one of us, the
North Meadow Hive. (then) Dont you like being here?


                            REY
Well sure I love you! I mean, of course I do!


They smile.

4

ANOTHER ANGLE

Just then the patrolling Killer Bees return past the steeple
and directly over the honey bees who duck back out of sight.

                          BABE
Hold it steady men, I think I see something. Barnabee.

                          BARNABEE
Yes boss.

                          BABE
Look down to your flank side - see anything?

                          BARNABEE
Na, boss. That's just a squirrels nest in the trees.

                          BABE
                        (angry)
Alright you bunch of idiots! I told the drones i'd
have 'em a new hive today. You're really making me
look bad. Dont forget I can replace the whole lot
of you's! This is a lot of Bee S!

Babe whips out his megaphone in a tantrum, shouting.

                          BABE
Honey bees your time is short - I know you're in
there, I can smell you's! Why dont you make it easy
for all of us and come on out. Now my men wont kill
any of you's - we just want to sample your honey
for our research development, that's all.

                          BARNABEE
                       (cracking up)
Research development - whoo, that's good boss.

                          BABE
Shut up Barnabee! (then) Honey Bees if you refuse to
cooperate then the Babes boys will be forced to take
some very nasty measures ... okey? We'll be back.

They fly off.

Honey and Rey reemerge from the leaves.

                              REY
                          (sarcastic)
The Babe! Please - give a break! I guess he's a big
baseball fan! I'd like to take a bat and ...

                          HONEY BEE
Haven't you learned anything since you've been here?

                              REY
Sure Honey Bee but look at what these guys are doing
to our community. We hardly have breathing room in the
meadow to look for food. They chased Chubbee and old
Ashbee  home the other afternoon at lunch time.

                          HONEY BEE
You'd think Chubbee would lose a little weight so he
could fly faster. But Rey - dont you remember what
the Queens maid taught us growing up about unity and
love - about how nature has a way of balancing things
out for the better? Remember how she told us that to
kill is to be killed?

FLASHBACK

Class is being conducted in a wooden crate outside of
the churchyard. The title reads, "Spelling 'Bee' Fun".
The baby bee.class includes Honey and Rey. The Queens
maid is teaching.

                          QUEENS MAID
Children - let's go over our lesson. Now, what did I
tell you to look out for in the meadow? Gabbee?

                          GABBEE
Smoke.

                          QUEENS MAID
That's right - that's one, yes. Smoke jacks us up.
What else? Chubbee?

                          CHUBBEE
The beekeeper, teacher.


                        QUEENS MAID
Good Chubbee. Watch for the beekeeper. Okey what else?


                          REY
Birds, teacher.


                        QUEENS MAID
Well, Rey, that's not particularly so.


                          GABBEE
                         (excited)
Yes teacher - one chased me for five miles - he just
kept coming and coming and I just kept flying and fly-
ing. I was so tired ... then I woke up!


The teacher and the class look at Gabbee.


                        QUEENS MAID
Are you finished Gabbee? (then) As a rule boys and
girls the birds and the bees get along famously. Now,
what else do we Bee-ware of, what else? This is import-
ant. You must know these principles. (then) What about
Killer Bees?


                          REY
Teacher why are there killer bees?


                        QUEENS MAID
We're not certain Rey. But we think that mother nature
was tampered with.


                          REY
Am I a Killer Bee?


The class turns around in astonishment at this question.

                              QUEENS MAID
Why no.


                                  REY
How do you know?


                              QUEENS MAID
Well, Rey - Killer Bees lack certain traits that you
have. They are extremely angry creatures too.


                                  REY
But I get angry.


                              QUEENS MAID
Yes - we all do. But Killer Bees possess a very vicious
rage that they cannot conceal. When you came to us
young man we could see that you were well kept, strong -
but outside of having a rich tan you are no different
than the rest of us. Us adult bees can distinguish be-
tween the Honey Bee and the Killer Bee. It will take you
children a little while to know these things. But be
proud of your little tan - it's your unique blessing.


They smile at him.


                              QUEENS MAID
Harmony children - that's what we should always strive
for. There are grave obstacles in this big world but al-
ways remember that to kill is to be killed. For when you
sting, you will surely die. Use your stinger as an absol-
ute last resort - to save the Queen - to protect our hive.


ANOTHER ANGLE

The Queens Maid watches  awhile  as Rey leaves with the rest.


END FLASHBACK


Honey and Rey are making a bee line through the tall trees
down to the north meadow. They hold hands at one point as
they zip between the branches. They chase a coyote awhile
and continue on.

                    HONEY BEE
                    (in flight)
I'm starved. Aren't you starved? All that nectar ...


                        REY
Yeah ... nectar ... nectar and pollen. (then) Actually
I have a taste for a nice juicy pork chop!!


INT. KILLER BEE HIDEOUT (THAT EVENING)


The killer Bee crew is 'greasing' on pork chops and
beer at a party under an abandoned shed. The lit up
affair is complete with a billiard game and a table
of domino-playing bees. Some are chatting and enjoy-
ing themselves near a stage where a sexy female bee
group billed the Bee-Boppers is rocking the house
with a rap song. Someone yells, "more pork chops!"
Whistles rise as the group vibrates to 'Killer Bee'.


"KILLER BEE, KILLER BEE

 THE WAY YOU ACT YOU MAKE ME THINK YOU' SCARED OF ME!

 THE APIARY NAME IS YOUR GAME

 BUT GENETIC ENGINEERING IS YOUR CLAIM TO FAME!

 YOU MESSED WITH MOTHER NATURE AND ONE DAY "BAM"

 NOW YOU'RE LOOKIN' AT THE CONSEQUENCES, HERE I AM!

 KILLER BEE, KILLER BEE

 THE WAY YOU ACT YOU MAKE ME THINK YOU' SCARED OF ME!

 I BIT OL' PARSON BROWN TODAY

 BUT HE GOT HIS HEELS TO CLICKIN' AND HE GOT AWAY!

 If I COULD ONLY BEE BACK HOME

 BUT I FEEL A LITTLE WICKED IN MY CHROMOSOME!

 AINT NOTHIN' TENDS TO RILE ME DEEPER

 THAN TO MISS ANOTHER CHANCE AT THE  OL' BEEKEEPER!"

The audience cheers as the Bee-boppers leave the stage.
Babe, sitting at a table with a buddy, grabs one of the
singers by the arm and pulls her near.

                        BABE
Hey babee how 'bout giving me a buzz later?

                            SINGER
Well, your friend is kind of cute but you - you've
got no sting remember?

Babe clears his throat in embarrassment as his friend chuckles.

                        BABES FRIEND
Frizbee.

                            SINGER
I beg your pardon!

                        BABES FRIEND
My name - that's my name - Frizbee.

The singers eyes pan up to his great Afro coif. She then looks
him in the eye with a straight face and says, "I am sorry".
She walks away cracking her side. The two look rejected.

                            BABE
Aw, who cares - forget it Frizbee... goils! Who needs 'em?

                        FRIZBEE
                        (in ernest)
I do Babe!

Babe looks at Frizbee in disgust then he is suddenly shaken when
he spots two drones enter the party and head toward his table.

                        FRIZBEE
What's wrong.

                        BABE
It's the twin drones - Could and Wood Bee. Why me?

10

As the twin drones approach his table Babe straightens himself
and acts cordial. The twins help themselves to his table and
sit down. Babe and Frizbee are nervous as the drones do not say
anything. Not knowing which twin was which Babe struggles for
words. He picks the one on the right.

                          BABE
Ah, how you doin' there Wood ... Could ... ah, Wood?


                          TWIN
Could Be.


Jittery, Babe does not know whether that answer was a no or a
maybe. He decides it is Could Bee he is speaking to.


                          BABE
Well, Could ...


                          TWIN
                      (interrupting)
I'm Wood you fool!


                          BABE
But you said you was Could Bee.


                          WOOD BEE
I did not. I said, 'could be'!


                          BABE
That's what I said!


Could Bee slams his fist on the table top in a rage. Babe and
Frizbee recoil.


                          COULD BEE
Cut the bull you pitiful excuse for a wax worrior! Now
look - you know why we're here. We paid you a lot for a-
nother hive.You told us you could get us North Meadow!


                          BABE
I could. I mean I would - that is, I will!


                          WOOD BEE
You better! (then) I think we'll just tag along on your
next reconnaissance trip - see your technique!

ANOTHER ANGLE

Overhearing the conversation at a nearby table is Barnabee
and Baldy. They are having a drink.

                    BARNABEE
Look at him Baldy - there he goes again, drafting us
for another raid. And, of course, it'll be you and
me putting our butts on the line.

                    BALDY
Yeah, it's always the same - the dumb stingless drone
makes us do the dirty work - the attacks - while they
stand back and take all the credit.

                    BARNABEE
Meanwhile we lose half our army in the takeover.
You know Baldy, these honey bees are no sissies -
they fight to the death too! (then) But we're Babes
boys! We'll go in there and get 'em! Right?

                    BALDY
Barnabee - we've lost a lot of pals. Barnabee you or
I could be next. You know that? This could be our
last party together. We're droppin' off like ...
well you know! (then) By the way - you seen Hornsbee
lately?

                    BARNABEE
                    (thinking)
No.

                    BALDY
Like I said - this could be our last party together.

                    BARNABEE
Not a chance Baldy. One day you and me are goin' to
the Big Bee Ball. The Big Bee Ball, Baldy Bee!

ANOTHER ANGLE

A large stranger sitting in the shadows is in earshot of the two.
He is dressed incognito.

12

                              STRANGER
You're not going to any Big Bee Ball buddy!

Barnabee and Baldy are taken aback as they twist around to
see the stranger.

                              BARNABEE
Wha ... what? What did you say stranger?

                              STRANGER
They dont take your kind at the Big Bee Ball.

                              BARNABEE
And just what kind is that?

                              STRANGER
The fact of the business - you kill your own.

Things begin to get quiet.

                              BARNABEE
What kind of talk is that? (then) Wait a minute -
where you from, man?

ANOTHER ANGLE

Babe hears the commotion and walks up and stands over the
stranger.

                              BABE
Where you from stranger?

The stranger does not answer.

                              BABE
Stand up - let's see your stripes.

The stranger stands tall over Babe almost looking down on him -
very muscular.

13

Babe looks around for support and his crew begins closing in on the scene.

                         BABE
Open up your trench coat there buddy. Let us see your stripes - just wanna see who you are.

The stranger does not comply.

                         BABE
Well. Looks like we're gonna have a problem here.

ANOTHER ANGLE

Suddenly one of the pool players cracks the stranger across the back with the stick. The stranger falls to his knees.

                    POOL PLAYER
You heard the boss!

The pool player viciously strikes him again across the back, busting open his coat.

CLOSE UP

The tear in his coat reveals a heaving bulge. And upon closer observation jet black bristles begin pulsating. The stranger is buzzing mad when the crowd realizes to their terror what was in their midst. Their collective bee fuzz stands on end when someone shouts, "Bumble, it's the Bumble."

ANOTHER ANGLE

The Bumble stands and sheds his coat. He is a magnificent specimen, midnight black and a shinning presence.

14

ANOTHER ANGLE

The crowd stampedes and disappears so fast they leave a cloud
of dust. But before they all get away Bumble reaches and grabs
Barnabee by one of his arms and snatches it off. Barnabee lets
out a great scream but gets away with his life.

                              BUMBLE
                        (eating the arm)
Um, tastes like pork chops!

NORTH VALLEY MEADOW (AFTERNOON)

Honey bees are feeding and frolicking in the meadow. Their legs
are  laden with yellow pollen balls for the hive.

CLOSE UP

Ashbee and Chubbee are having a contest. Chubbee has gotten so
heavy until he can barely elevate from a flower.Gabbee laughs.

                              ASHBEE
You alright Chubbee? Think you can make it back home?

                             CHUBBEE
                        (weaving off)
I got more than you Ashbee, my man! I win the bet.

                             GABBEE,
Wrong! As I recall, the first one back with the most
pollen wins the other ones route for a day. Oh, and
by the way you're losing altitude Chubbee!

Chubbee plops down on a bell flower, which rings out a tune, he
then topples unto the ground. He dusts himself off as they laugh.
After a couple attempts he is airborne again, low to the ground.

                             CHUBBEE
I fly low - that's me! I'm out of sight of trouble -
you know,radar! (then) I'm gonna love your route to-
morrow Ashbee.

He flies off.

15

                            GABBEE
You'd better get going Ashbee.


                            ASHBEE
I'm not worried Gabbee. He's got to cross the valley,
go through Eights Hollow, and up the hill. He'll be a-
a while bee-lieve me! (then) He might not make it
back today. He may have to sleep out tonight, heavy as
he is!


                            GABBEE
He's got time Ashbee.


                            ASHBEE
I hope so.


ANOTHER ANGLE (HUMMING BIRDS AND BEES PLAY)


NORTH MEADOW (LATER)


Shadows begin to blanket the valley floor with purple and orange
shades of dusk as Rey and Honey Bee arrive. They find Gabbee.


                            GABBEE
You guys comin' from the hive?


                            REY
Yeah, what's up?


                            GABBEE
Did you see Chubbee?


                            HONEY BEE
He's not in yet. We thought he was with you guys.


                            GABBEE
He took off hours ago. But you know Chubbee! And
he really did have a lot of weight today.


They look worried.

16

                    GABBEE
Well did you see Ashbee?


                  HONEY BEE
Yeah, we passed him on the way here. He was making
a bee line back to the hive.


                      REY
                  (deciding)
I'd better go after Chubbee.


                  HONEY BEE
I'm going with you.


                      REY
No ...


                  HONEY BEE
Rey.


                      REY
No Honey Bee.


                  HONEY BEE
                  (determined)
I'm going!


                      REY
Alright.

They take wing.


                    GABBEE
Please be careful Honey Bee - be careful Rey.

They twirl around and wave then continue on.

17

ANOTHER ANGLE (DUSK)

Rey and Honey Bee cruise above the trees and along side the
church steeple where they can see the Parson inside reading
his Bible. He sweetens his tea from a jar of honey at hand.

INT. CHURCH

The Parson closes his Bible and places it on the table. He
gets up humming and begins to walk up the staircase to the
bell tower. He rings the bell as he does every day at this
time of evening, closing his ears.

ANOTHER ANGLE (OUTSIDE)

The sharp peal startles Rey and Honey Bee so much that they
flip and tumble to earth in a patch of shrubs.

                              REY
                            (woozy)
Honey Bee - you okey?

                           HONEY BEE
                            (woozy)
I think so.

                              REY
I forgot about that evening bell.

                           HONEY BEE
Yeah ...

Rey goes over to her and picks her up. He lays her on a tuft of
grass and sits down beside her. They flinch when the hear a voice.

                             VOICE
                            (low)
Rey ... Rey?

They both look up to see Chubby dusty and bruised between the
shrubs hiding.

18

                              REY
                            (happy)
Chubbee? Chubbee?


They run to each other and embrace, dancing in a circle. The
pollen dust on Chubbee almost covers them. They stop.


                         HONEY BEE
What happened Chubbee?


                          CHUBBEE
                         (excited)
You found me - you found me! How did you find me?


Honey Bee and Rey look at each other.


                          CHUBBEE
It's a miracle! Oh! I thought I would have to camp
out here tonight ... I thought I heard the coyote ...


                              REY
Calm down Chubbee. What happened?


                          CHUBBEE
Well - I was just flying along and then ... well
I guess my back went out! So I had to touch down.


                              REY
You look like you crashed a little bit!


                          CHUBBEE
                        (embarrassed)
True - it was that rotten hummin' bird. Chased me
for miles. He knew I couldn't defend myself with
this pollen. Then he bombed me.


They start to laugh at their folly.

19

                              REY
We better hurry.


                           HONEY BEE
We'll help carry some of your pollen.


                              CHUBBEE
Gee, thanks. (then) I guess I lost the bet with Ash-
bee. I wont be busy doing overtime. I just wanted to
make a little extra honey for the kids. Be busy.


                           HONEY BEE
You'll get him next time Chubbee. But you ought to
do something about your back. Perhaps you could ...


                              CHUBBEE
                          (anticipating)
Dont - say it Honey Bee!


They take off.


ANOTHER ANGLE


The three are flying home when Chubbee spots two killer Bees
following them.


                              CHUBBEE
                          (whispering)
Rey, port side - the K clan!


They take a quick look down to the left where they see them.


                              REY
Pretend like you dont see them. (then) We cant go
home.


                              CHUBBEE
Rey, i'm pretty tired.

                                        REY
Hang in there Chubbee. We cant go home now, their
following us. They're scouts.


                                HONEY BEE
What'll we do?


                                        REY
We're going the opposite way, away from the nest.


They veer to the right and turn around. The scout bees follow.
Trying a few maneuvers through the trees does not lose them.


                                CHUBBEE
There still back there. (then) Where are we?


                                        REY
I dont know. I've never been this far south.


                                HONEY BEE
Me either.


ANOTHER ANGLE


Beneath them they accidentally discover the Killer Bee hive
nestled between a boulder and some fallen logs. They react
with shock seeing Babe, the Twins, Barnabee, Frizbee etc.


ANOTHER ANGLE


When the scout bees see them react they realize that the honey
bees have located their hive and they become enraged.


                                        REY
Oh-oh! Let's get out of here - fast!


They take off fast with the scout bees in hot pursuit.

                                    REY
Keep up Chubbee!


                                CHUBBEE
                                (laboring)


                            HONEY BEE
They're coming! (then) Maybe we can talk to them.


                                CHUBBEE
Yeah Rey - we could say the hive is at the old
railroad terminal! You know, lead 'em on a wild
goose chase.


                                REY
Believe me - they dont want to talk. Look at 'em!


CLOSE UP (KILLER BEE SCOUTS)


The red-eyed, teeth-gritting, rip-snorting scouts are furious.


                                CHUBBEE
They do look a little upset about something!


                                REY
We've seen their nest - we have to die.


One of the scout bees clips Chubbee sending him into a whirlwind
spiral which releases his load of pollen blinding the scouts.


                                REY
Come on. We're going to Eights Hollow.


                            HONEY BEE
                            (frightened)
No! Eights Hollow?


                                CHUBBEE
Are you nuts?

                              REY
We dont have any choice. (demanding) Come on!


The scout bees vision begins clearing to see the three
zooming away. They resume the chase.


EIGHTS HOLLOW


The foreboding bog is dense with tall trees and swamp matter.


CLOSE UP


The coyote is looking up at the buzzing bunch and howls.


As Rey and the others approach the hollow he heads for the tall
trees. He singles out a particular tree. The thick trunk of one
of the trees divides upward where two branches climb to the sky.
One of the branches has a peculiar hole at the v shaped pit of
the branches, a removed knot-hole. Many dead leaves have fallen
in and around the branch pits.


ANOTHER ANGLE


The scout bees are gaining fast on them.


                              REY
You have to trust me on this - I come here - I
know what i'm doing. (then) Chubbee you stay be-
hind Honey Bee, Honey Bee you stay behing me.
Fly in a straight line directly behing me - if
we have to hold each others legs - just dont
stop - no matter what.


They fly as fast as they can toward the center of two dividing
branches in the tree where their is a layer of old dry rotted
leaves in the pit. As they string together in a single line
they streak toward the v. They strain to keep ahead of the
scouts who can almost touch Chubbees bottom.

23

ANOTHER ANGLE

Rey leads the scouts right to the forked branches. When he is
almost to the cluster of leaves he abruptly drop-dives into
the knot-hole and out the other side. But the scout bees bar-
rel right through the leaves where they suddenly find them-
selves bouncing back and forth. They have been snared in a big
garden spiders web. They scream and their fuzz stands on end
when they see the big spider salivating and baring its fangs.

                        SPIDER
                       (grinning)
Snacks!

ANOTHER ANGLE

Rey, Honey Bee, and Chubbee are joyous as they bump chests and
give high-fives to each other. They turn for home.

                        CHUBBEE
                       (gleefully)
No way ... no way, man! (then) Those 'eights' are creepy!

NORTH MEADOW BEEHIVE (AFTERNOON)

There is a great deal of activity outside the hive as the Queen
has come out. She is utterly surrounded by her protective entour-
age. Only her antennae are visible. Many of the bees are jumping
and stretching to get a view.

                        GABBY
                     (to Honey Bee)
Can you see her? I cant see her! Can you see her?
I've just got to see her. I've just got to! She's
my Idol - my mentor - my mother for cryin' out
loud!

                        HONEY BEE
I cant see a thing Gabbee.

The queen finally prepares to give a speech.

                          QUEEN
Children of the Queen - my marvelous and faithful
children, I want to say to you all that I am very
proud of you. Your hard work and dedication has
far surpassed my greatest expectations. This sea-
son has been one of the most fruitful in years.


The crowd cheers.

                          QUEEN
Thanks to your input, your innovative ideas, and
of course your district contests ...


CLOSE UP

Ashbee polishes his finger nails on his chest.


                          QUEEN
... the North meadow hive has been recognized by
the Honey Bee Federation as the fastest growing
hive in the county.


The crowd responds with a rousing buzz.


                          QUEEN
I would like to specifically give my gratitude to
those of you on Killer Bee watch. I know how very
brave you are. We are living in some strange times
now. What once was honored and revered - nature -
is now ... a play thing for man's amusement. Well
we'll see who laughs last. As I have always main-
tained, <u>harmony</u> is the solution for 'man-unkind'!


Again they cheer.


                          QUEEN
Now, the Big Bellflower Bee Ball is coming up soon.
A number of you will be selected to attend so ...
bee on your best beehavior!


CLOSE UP


Gabbee has her three sets of hands in a praying position as
she looks to heaven.

25

BELLFLOWER VALLEY (MORNING)


Babe is patrolling with his crew; Baldy Bee, Frizbee, the Twins,
Barnabee and two others. Barnabee is flying with a limp.

                              BABE
Alright boys keep your eyes peeled. (laughing)
We're gonna make a killin' today!! (then) You
know, Barnabee, I'm sorry about ... well about
your arm there.


Barnabee rolls his eyes at him without speaking.


                              BABE
What? I'm sorry! One day we'll get that guy!


                              BALDY
Hey, anybody seen Hornsbee?


                              CREW
                           (collectively)
No!


                              FRIZBEE
Tell me Could - why do you wear that button?
What does it stand for?


                              COULD
What - Y2K? 'Yes to Killing'!


They all  cheer could bees answer.  Below they see a man outside
his car dressing.


                              WOOD BEE
Beekeeper!


The aggitated bees charge the beekeeper who drops his gear and
jumps back into his station wagon and peels out down the dusty
road with the bees trailing him.

NORTH MEADOW (LATE AFTERNOON)

Rey is lying on a leaf overlooking a small pond where ducks play
and acrobatic dragonflies whiz around. Soon there is a hush.

ANOTHER ANGLE

Rey is napping in the sun. He yawns and stretches as one eye pops
open and notices a large bee-like shadow on his leaf. Something
hovers from above. Rey is scared and does not move. It is watch-
ing Rey.

CLOSE UP

Rey begins to sweat. Finally the other eye pops open only to view
a now empty pond. He swallows hard. Soon the church bell rings
and the shadow moves away. But when Rey turns to see he can bare-
ly make out an outline because of the suns glare. He stands and
ponders a moment when suddenly he is tapped on the shoulder from
behind sending him shooting straight up in the air. He lands
just close enough to the leaf to catch the edge.

ANOTHER ANGLE

It is Honey Bee - laughing.

                    REY
Honey Bee!?

                    HONEY Bee
I'm sorry. Did I scare you?

                    REY
Oh no! I was practicin' a trip to the moon!!

They laugh as Rey spins up on the leaf to sit with his feet dang-
ling. Honey Bee sits next to him.

27

                              HONEY BEE
        I didn't get a chance to thank you for saving my
        life the other day ... thanks.


                                  REY
        Ah, Honey Bee ... anyway, you <u>know</u> what <u>they</u> were
        gonna do! Besides, i've had that idea for a long
        time just in case of an emergency. It worked!


                              HONEY BEE
        What makes you go to that place, anyway?


                                  REY
        I dont know - it just seems familiar. Like I know
        it.


                              HONEY BEE
        You're changing.


                                  REY
        What?


                              HONEY BEE
        I dont know - you're changing! You're getting ...


                                  REY
        I'm all grown up now Honey Bee.


                              HONEY BEE
        No, I mean - it's more like a metamorphosis.


                                  REY
        Say what??


                              HONEY BEE
        I mean - look at you!!


        ANOTHER ANGLE


        He stretches over and looks down into the pond and sees his
        reflection.

28

                         REY
                  (stroking his antennae)
Looks pretty good!

They laugh.

ANOTHER ANGLE

As he sees himself in the water he is confounded when he sees
Honey Bees reflection putting her arms around his neck and
kissing him. He looks up at Honey Bee who is puzzled by his a-
larm. She looks in the water too, only to see her own image.

                         REY
What did you see?

                      HONEY BEE
Looks pretty good!

Rey quickly looks back in the pond. There is only him.

                         REY
You didn't see us? That is, you didn't see something?

Honey Bee looks again seeing nothing. Her antenna makes a cir-
cular 'loco' sign around her earside.

                         REY
I'm not kidding - I saw ... something!

Rey catches a glimpse of the shadow again. Honey Bee does not
notice.

                      HONEY BEE
                      (abrubtly)
Well I've got to go - some of the kids need extra
wax.

29

                              REY
But ...


                              HONEY BEE
Dont worry - i'll see you later.


CLOSE UP (REY)


Rey sits a moment then begins slowly and curiously examining him-
self, first one arm then another. He looks in the sky, searching,
then down to his legs. He looks confused. Then, squinting, his
eyes are able to see the Bumble in the distance entering a hole
high atop a telephone pole.


KILLER BEE HIVE


Babe and his boys are having a meeting in one their bee-wax cham-
bers. They are drinking beer. One of them is taking notes.


                              BABE
Okey, here's the deal. All of you's know that we
gotta get out of here - the North Meadow hive
knows where we are now.


                              BALDY
That's not good!


Babe shutters at Baldy's remark.


                              BABE
Right - that's not good! Now look - we're taking
over the entire valley. All of it! But first we
gotta move in under the Church. That'll be our
headquarters - our base. No one would ever sus-
pect to look there. I've got a couple hundred
boys comin' in from Syracuse. We're gonna shore
up ten thousand strong under that old mission.


                         COULD AND WOOD
                          (simultaneously)
What about the Pastor?

                         BABE
Well - We'll just do what comes unnatural!


They all get a good laugh.


                         BABE
After a couple months when we're  real strong
we'll get him. They'll never miss him - he's a
Missionary - no one comes out here. Then, see,
we'll lead ol' coyot' up here and he can dis-
pose of the remains - simple! Meetin' adjourned!


                         BALDY
Hold it - I object! You're talkin' about a Pas-
tor here!


                        BARNABEE
He's a beekeeper for cryin' out loud!


                         BALDY
He's no beekeeper¡


                        BARNABEE
He supports 'em - same thing! I pass over the
mission steeple many evenings and see that old
man through the window reading his Bible by
lantern light and sipping tea. And what's next
to his teacup? A jar of bee honey! Case closed!


                         BALDY
I want it on the record. I want it to be noted
that I am totally against this diabolical
scheme to take out the Pastor!


                         BABE
Alright - Be it duely noted that Baldy Bee
didn't want to do it ...


                         BALDY
                     (interrupting)
Bad! " ... didn't want to do it BAD!"


Babe cannot believe what he hears. But he continues.

31

                                    BABE
          Be it duely noted that Baldy Bee didn't want to
          do it - BAD ...(thinking) ... but he went on and
          did it anyway!


                                   BALDY
          Yeah. Yeah, I like that!


          Babe turns to the note taker.


                                    BABE
          Did you get that?


                                 NOTE TAKER
          Let's see ... duely, D-O-U ... Wait, wait ...


          Babe has had enough.


                                    BABE
          Enough! Meetin' adjourned!


          As they file out one of them starts to sing the Killer Bee song
          and the rest join in on the second verse.


                                 KILLER BEES
          " ... Killer Bee, Killer Bee - the way you act you
          make me think you scared of me ..."


          They laugh and rumba out of the wax chamber.




          WEEKS LATER

32

BELLFLOWER VALLEY (HILLSIDE)


The north meadow hive is dress rehearsing their best acts for
the Big Bee Ball ceremonies. Their are costumed jugglers, actors.

                              ACTOR
' ... to Bee or not to Bee ... '


ANOTHER ANGLE

Many are tending the stand-in queen, holding her trailing gown
and adjusting her crown. There is a battalion of guards practi-
cing defensive maneuvers. It is a very colorful spectacle as
some bees are using the beautiful wing powder from butterflies
for their make-up. Honey Bee is there rehearsing the announce-
ment of the Queen. Gabbee and Rey are talking.


                              GABBEE
It's going to be wonderful! And i'm going to be
in it - yea! All the county Queens will be there
with all those bees! And all those 'hes'! This
is so great. Imagine - me in the orchestra - me ...
playing the Bellflowers. (then) But you - you
sure must be flying in the clouds. You get to
kiss the hand of our Queen when you escort her
to her seat beside the other Queens!


                              REY
Yeah, I really feel great about that.


                              GABBEE
Of course you do! What an honor!


                              REY
Yeah. (then) Seen Chubbee?


                              GABBEE
He's in the meadow. He's still upset about not
being selected for the Ball.


                              REY
Gabbee can I ask you something?

33

                    GABBEE
Sure Rey.


                    REY
If you think you saw ... if you _know_ you saw
a reflection in the water - yet the object
wasn't casting the same image what would you
think?


                    GABBEE
Wait a minute - let me get this straight! An
image in the water is not the same as the
object that is casting the image!


                    REY
Yes - yes!


                    GABBEE
Impossible! Impossible! That goes against all
the principles of nature! If there is a re-
flection in the water then a moment has been
captured in time. It either _has_ happened ...
Has it?


                    REY
No.


                    GABBEE
Or it _is_ happening. Is it?


                    REY
No.


                    GABBEE
Then it _will_ happen! You cant have a _reflection_
without having a 'flection'!


                    REY
                 (joyous)
It's going to happen! It's going to happen!


Gabbee watches Rey twirl and jump for joy.

34

ANOTHER ANGLE

In his glee Rey knocks the headress from a few of the dancers.
He shyly apologizes and becomes somber.

                              REY
It better happen soon Gabbee because I may be
going away for awhile.


                                 GABBEE
Going away? You mean because of the Killer Bees -
I haven't seen them in weeks now - I dont see ...

                              REY
No Gabbee, you dont understand. I am not afraid
of Babe and his bunch of bully bees. It's ...
just that I might be changing.


                                 GABBEE
Changing?


                              REY
Yeah - like a metamorphosis or something!

                                 GABBEE
Say what?


                              REY
You know - when one thing turns into another.


                                 GABBEE
Look Rey, I dont know what your problem is
but I happen to think you're a great bee. As
for changing - well - you are getting tall,
dark and handsome!


                              REY
Thanks Gabbee - but you see Gabbee every-
body has a God - everybody. I believe my
God is Love. And I need to find that Love.
I need to seek my proper place. Find Love!

35

                              GABBEE
You're just struggling with not knowing who
your real parents are, that's all! Listen –
as Honey Bee always says, "What's to worry?"


ANOTHER ANGLE


One of the bees begins singing "Take It" and the others join in.


                         "TAKE IT"
"
 HEY KID, LOVE GOES WITH YOU WHEN YOU TAKE IT

 YOU NEEDN'T GET ALL HUNG UP ON WHERE YOU ARE – THERE YOU ARE


 IT'S NOT SECRET, YOU CANT GIVE LOVIN' WHEN YOU KEEP IT

 SHOW 'EM WHAT THE GOOD LORD DONE AND SPREAD A SMILE

 YOU'RE AHEAD A MILE


 YOU'VE GOT TO TAKE IT, THINGS GO BETTER WHEN YOU TAKE IT ... "

  -copyrighted-



NORTH MEADOW (SAME INSTANT)


Chubbee has been spotted by two Killer Bees and is being chased
from the meadow into the open. He is flying hard.


                              CHUBBEE
Hey – cant we talk about this?


The Killer Bees ignore his plea and keep coming.

                              CHUBBEE
                             (nervous)
Oh my! (then) What would Rey do in a situation
like this? (then) I know!


Chubbee decides to use Rey's trick and heads for Eights Hollow.
The Killer Bees are hot on his trail.

                                                    CUT TO


BELLFLOWER VALLEY (HILLSIDE)


The North meadow bees are wrapping up their rehearsal when one of
the worker bees alights on the scene and reports to Rey about
Chubbee.

                              WORKER BEE
                           (breathing hard)
Their after Chubbee- 'K' clan!


Rey takes off.


ANOTHER ANGLE


Honey Bee hears what has happened and follows the unsuspecting
Rey. The others are packing up to leave.


CLOSE UP

In Reys haste to get to Chubbee he accidentally stabs himself in
the side from one of the very leaf spines that he so often fan-
cied as a duelling epee that was hanging from a branch. He grim-
aces from the painful and deep wound but trudges on, holding his
side.


SOUTH VALLEY SKY (SAME INSTANCE)


Chubbee is almost at Eights Hollow. He can see the forked tree
in the distance. He turns and looks back at them. They seem to be
giggling and snickering about something.

37

                              CHUBBEE
Guys - I tried to talk to you! Dont ever say I
didn't try to talk to you about this. But nooo
you bird brains wouldn't listen.


CLOSE UP

A hummingbird squeaks in offense at Chubbee's last remark.


                              CHUBBEE
                             (deferring)
Oops, sorry - my bad!


ANOTHER ANGLE


Chubbee zeroes in on the leaf-riddled branch of the tree with
the Killer Bees on his heels. He stretches for the knot hole.
Chubbee swoops through the hole but he finds himself bouncing
back and forth in the spiders web. The Killer Bee duo crashes
through the leave and tumble safely to the ground.


CLOSE UP


Chubby is snared in the web desperately trying to free himself.
He hears laughter as Babe and his gang are all there. They
have captured the spider and tied it next to the web.


                              BABE
Well Chubbee boy, looks like two can play your
little game! (then) We kind of figured you'd be
back to try this stunt again - very nasty trick!
As you can see we captured the eight legs. He
looks mighty hungry Chubbee boy!


The bees roar with laughter.


CLOSE UP (NEARBY BUSHES)


Grass blades peal back as Rey peers through to see the trap.
Suddenly he turns and flies away.

ANOTHER ANGLE

Honey Bee has landed in almost the same spot Rey was hiding.
She hears the commotion and crouches down.

                              BABE
We're gonna give you a taste of your own med-
icine - see how you like it!

                              SCOUT BEE
Yeah - see how you like it! It isn't pretty.
I watched as that crazy eight paralyzed my
co-scout with those dreadful fangs. I only
got away 'cause he was so busy eatin' my
buddy that he didn't notice me getting un-
tangled. I was able to jump him from the
back and hog-tie him to that twig. But it
was too late ...

ANOTHER ANGLE

Just then the twins drag Honey Bee out of the bushes and
up to Babe. She is kicking and screaming.

                              BABE
Well looky here, Miss Honey! I only wish I
could get my hands on that cowardly boy
friend of yours.

                              HONEY BEE
Rey is no coward!

                              BABE
                          (mockingly)
Rey is no coward, Rey is no coward! (then)
What's so good about the big orphan anyway!
And what kind of name is that for a bee?
Now, I can see Honey Bee or, say, Barnabee —
because he was born a bee! Makes sense.
Or even your Chubbee there, but Rey Bee! What's
that? Has he got the rabies or something?

He laughs.

                    HONEY BEE
You know Mr. <u>Babe</u>, if you were smarter and
could read you'd know that Rey translates
to King! (then) And what's up with that
Babe? You're Babe Bee? Baby? You're some
kind of baby - is that it?


Babes gang laughs hysterically which angers him so much that he
snatches Honey Bee and flings her into the web with Chubbee.
The spider struggles instinctively when it's web shakes.
Honey Bee screams.

                    Babe
There! Join your friend for snacks! (then) You's
can avoid all this by tellin' me where your hive
is. We just want a sample ...


The twins finish the sentence together in unison.


                    TWINS
... of your honey for our research development!


                    BABE
Yeah. (then) Deal?


                    HONEY BEE
You are crazy!


                    BABE
Alright! (then) Barnabee - cut the eight loose.


CLOSE UP (CHUBBEE AND HONEY BEE)


                    CHUBBEE
                    (whispering)
Where's Rey?


                    HONEY BEE
I dont know - I followed him here.!

Barnabee cuts one of the thread strands as the bees back away.

ANOTHER ANGLE

Suddenly out of nowhere the Bumble appears buzzing and spinning like a tornado. The leaves around fly up in a spiral. The big Bumble lands in the middle of them all. They cringe.

                         BABE
                      (shaking)
Stand your ground men - we've got him surrounded.
(then) Sting him if you have to!

                         BUMBLE
The fact of the business - i'm gonna eat you
up - just like I did your pal Hornsbee!

                         FRIZBEE
                      (sickened)
Oh my goodness - Hornsbee. So that's what hap-
pened to him!

                         BUMBLE
I'm gonna eat you up too!

CLOSE UP

With that Babe and Frizbee faint and fall out on the spot.

ANOTHER ANGLE

The scout and the others close in on the Bumble and an all out
fight ensues. The Bumble bites off the hand of Wood Bee who had
jumped on his back. The frenzied Could Bee comes to his twins
rescue only to have his hand bitten off too. But soon they
have the Bumble pinned against a branch near the spider. The
Bumble kills the scout and twists away to also kill another.
But as the Bumble turns Barnabee pushes him into the spider
where he is bitten severly in the side. He staggers and grabs
Barnabee and cuts him to shreds. By now everyone is either
dead or unconscious. The spider creeps away.

41

CLOSE UP

The Bumble turns and looks at Honey Bee and Chubbee then limps off and flies away.

A split second later Rey appears without seeing the Bumble pass. He arrives so quickly after the Bumble leaves that Honey Bee and Chubbee first think that it is the Bumble coming back again.

                              REY
Honey Bee, Chubbee!

They are happy to see him. He untangles them.

                         HONEY BEE
Rey, oh Rey! We were so afraid!

                              REY
What happened here?

Honey Bee and Chubbee look at one another as Rey holds his side.

ANOTHER ANGLE

Babe and Frizbee are coming to.

                         HONEY BEE
You can tell us Rey.

                              REY
Tell you what?

                          CHUBBEE
Lift up your arm Rey.

Rey painfully lifts his arm to expose the gash in his side.

42

                                    CHUBBEE
We know you're the Bumble in disguise.


CLOSE UP (BABE AND FRIZBEE)


When the two Killer Bees hear this they scramble to their feet
and hightail it out of there shrieking.

                                    BABE
He's the Bumble! Rey's the Bumble!


ANOTHER ANGLE  (SECONDS LATER)


                                    REY
I'm not the Bumble you guys, come on!


                                HONEY BEE
Then how do you explain that bite from the
eight?


                                    REY
What do you mean?


                                    CHUBBEE
When you came ... when the **Bumble** came and
saved our lives he was bitten by the eight.


CLOSE UP


Rey is devastated hearing that the Bumble has been bitten.


                                    REY
No! Oh no! (then) You guys go on. You'll be
okey now.


Rey leaps up and flies away fast.


                                HONEY BEE
Rey! Wait - Rey!


He's gone.

TELEPHONE POLE (BUMBLES LAIR)


Rey has eased up to the top part of a telephone pole and is
peeking inside a hole. He hears something. It is the Bumble.

                              BUMBLE
Come in.


Rey nervously enters and sees the Bumble doubled over and gas-
ping for air. His face is contorted and he is dissolving from
the spiders paralyzing bite.

                              BUMBLE
How did you find me?

                                REY
You let me!


The Bumble says nothing.

                                REY
I've seen you following me sir. And i've seen
you come in here. And I also know that a wise
bee would never cast a shadow where his enemy
could locate him. So I knew that you were not
the enemy.


                              BUMBLE
You're pretty smart.


                                REY
But what I dont understand is why! Tell me Mr.
Bumble am I ... am I ...?


                              BUMBLE
No son. You're not.


                                REY
But sometime I feel ...

44

                                    BUMBLE
Different?

                                      REY
Yeah.


                                    BUMBLE
You are different Rey. You are a king. (then)
The fact of the business - I knew your folks
when your hive was near Eights Hollow - be-
fore the Killer Bees raided and killed all
the colony. I got there too late. But your dy-
ing parents asked me to look out for you.
They'd stashed you away in the bushes. I
would have raised you myself but the fact of
the business - the beekeepers didn't stop
with toying with honey bee genes, they've also
been tampering with the bumble species. I've
been affected. Truth is,I may have eaten you.
I do have this taste for meat and protein now!
So I tied a name tag on you and placed you
where the best colony in the valley would
find you - they did.


                                      REY
Thank you for saving my friends today. And
for watching over me. I came here earlier to
try and lure you down to the Hollow to scare
away the Killer Bees but you were already
there. How did you know?


                                    BUMBLE
A little birdie told me! (then) You are a
great honey bee king. Dont think about being
something that you are not. You do have the
heart of a bumble plus the heart of a king.
Just be the best bee you can be - not a
wanna bee! (then) I'm dying Rey.


                                      REY
No!


                                    BUMBLE
Yes! I'm going to die. You mustn't let the
Killer Bees know that i'm dead. They must
have some measure of fear or they will com-
pletely take over. (then) By the way your
parents were May and Jay Bee. Harmony!

Bumble dies.

VALLEY FLOOR

Rey lets out a mournful buzz-cry from the telephone pole that
sounds across the valley corridor causing the animals to stop
and sniff the air. The squirrels flick their tails and scurry
under a log. And the coyote howls.

INT. MISSION (SAME INSTANCE)

The Pastor is in his chair by the window sleeping soundly.
His eyes flicker from Reys cry but he does not awaken. In-
stead he shifts himself to a more comfortable possition. But
in doing so he knocks over a lit lantern on the table with
his robe sleeve. The lantern falls silently on the carpet.

NORTH MEADOW

The honey bees pause in the field a moment pondering Reys moan.

CLOSE UP (HONEY BEE)

                        (HONEY BEE)
                        (to Ashbee)
That was Rey Ashbee.

Ashbee nervously does not say anything. The others watch her.

                        HONEY BEE
                        (finally)
I'm going to him!

She takes off.

                        GABBEE
                        (calling)
No! Honey Bee, no! He might be changing! (then)
I smell smoke!! You smell smoke?

46

EXT. VALLEY MISSION

The mission is on fire as fire trucks arrive at the scene.

ANOTHER ANGLE

Through the thick smoke plumes the pastor can be seen on his knees praying while thousands of Killer Bees fall dead from the sky all around him. The nest has been contaminated.

CLOSE UP (PASTOR)

                              PASTOR
                            (to heaven)
Glory bee! Glory bee!

ANOTHER ANGLE

The firefighters run over to the Pastor, shieding themselves with umbrellas from the falling bees, and haul him to safety. The fire hoses begin to spray. The Pastor is yelling.

                              PASTOR

I'll rebuild!

NORTH MEADOW POND

There is the reflection in the pond of Honey Bee and Rey sitting on the leaf edge with her arms around his neck kissing him.

Camera pans up to the leaf to see that the reflection has been fullfilled, Honey Bee and Rey at last kissing. -song "Take It"-

Camera pans again into the pond where now we see 'Queen' Honey Bee and her family - her future.

                         The End

                              John Evans