# EXHIBIT 3



02/27/2001

John Evans
745 W. 98th St.
Los Angeles, CA 90044

    RE: Bee Movie

Dear John Evans:

We are returning unread your screenplay submission dated 2/24/01. Your mail was examined only to the minimal extent needed to determine its nature. No notice was taken of its literary content.

While we appreciate your interest in sending material to us, it is our policy, based on legal and other considerations, not to read or consider unsolicited submissions of any type, regardless of representation or Writer's Guild of America standing.

In order to submit to Rhythm + Hues, the material and/or writer must be represented by a signatory of the WGA or a recognized entertainment attorney. Furthermore, the representation must contact a Rhythm + Hues development executive prior to sending any intellectual property. Thank you.

Sincerely,

David Glaubke,
Director of Development



FAMILY
ENTERTAINMENT
GROUP

SONY PICTURES

9050 West Washington Boulevard
Culver City, California 90232-2518

Tel: 310 202 3765  Fax: 310 840 8418

June 12, 2001

John Q. Evans
P.O. Box 431333
Los Angeles, CA  90043

**RE: BEE MOVIE**

Dear John,

Enclosed please find your feature script, "Bee Movie". Thank you for your interest, but Sony Pictures Family Entertainment does not accept unsolicited scripts.

Best,

Kimber Norquest
Creative Assistant

*Sony Pictures Entertainment*



# NATURAL TALENT, INC.
### Literary Agency

March 10, 2006

John Evans
P.O. Box 431333
Los Angeles, CA 90043

**Re:  A Bee Movie, A Bee Movie II**

Dear John:

Thanks for submitting your projects "A Bee Movie" and "A Bee Movie II". At this time we don't feel that Natural Talent could adequately represent them in the current marketplace. Therefore, I am returning the materials to you.

We would like to keep your credits in our file for any future opportunities that may present themselves.

Best regards,

*[signature]*

Will Swift

3331 Ocean Park Boulevard  Suite 203  Santa Monica, CA  90405
310.450.4945   310.450.4140 fax  email: naturalt@earthlink.net

# THE TOWNSEND ENTERTAINMENT CORPORATION

April 26, 1999

Mr. John Evans
745 W. 98th Street
Los Angeles, CA  90044

Dear Mr. Evans:

    Thank you for your interest in the Townsend Entertainment Corporation, and your script submission for "*Bee Movie.*" Although we have no doubt that it is a wonderful project, given our current slate and schedule, we are not accepting any new or unsolicited projects. Consequently, we are returning your materials unread. Nonetheless, we do wish you much success with this project.

Sincerely,

Charlie Jordan
Creative Executive



**hudson** AGENCY
Three Travis Lane
Montrose, NY 10548
Tel/#914 737-1475

April 1, 1999

John Evans
745 A, 98th Street
Los Angeles, California  90044

Dear John:

    Thank you very much for the opportunity to look at <u>Bee Movie</u>.

    I'm sorry, but this is still not something we'd be interested in representing.  Best of success in setting it up elsewhere.

All the best,

Sue Giordano

*Submitted to other companies "BEE MOVIE"*



August 23, 2001

Mr. John Evans
745 W. 98th Street
Los, Angeles, CA 90044

Dear Sir:

Thank you for your interest in our company for possible production or financing services. We received the enclosed unsolicited script entitled "Bee Movie" which you forwarded to us for consideration in financing and production.

At present however, while we are a production company that offers more than 15 years of expertise in visual effects and computer animation, we do not solicit motion picture projects for consideration of financing. Should you receive financial backing for this project in the future, we would be delighted to be re-considered as a possible visual effects production resource.

Until then, we wish you the best with your efforts in shopping your script for production financing partners.

Regards,

Kathy Bennett
VP, Marketing

P.O. Box 1166 · 107 Church Street · Durham, North Carolina 27702 · 919/682-3411   800/522-FOTO · 919/688-7886 FAX

http://www.flyingfoto.com

Frizbee (~~pregnant~~) (with rug tails)
Babe (Tooth Pick)
  Taking survey         ⑤  Syracuse

Bark Beetle                    unusually cold
Gypsy moth predicted a freezing winter

| (What is that
    peeping inside at frizbee
    Babe it's a mother!

git off my property/6    47  41  21  34
I got no use for you's
So on, hit the sky
   Can you spell BY, Bure BI
   close up
(Deadpans the camera

---

who's there?
oh, Just some visitors — ~~scribble~~
go around back — I'll meet you in a sec
W

# THE TOWNSEND ENTERTAINMENT CORPORATION

April 26, 1999

Mr. John Evans
745 W. 98th Street
Los Angeles, CA 90044

Dear Mr. Evans:

  Thank you for your interest in the Townsend Entertainment Corporation, and your script submission for "*Bee Movie*." Although we have no doubt that it is a wonderful project, given our current slate and schedule, we are not accepting any new or unsolicited projects. Consequently, we are returning your materials unread. Nonetheless, we do wish you much success with this project.

Sincerely,

Charlie Jordan
Creative Executive

2934 1/2 Beverly Glen Circle #407 * Los Angeles, CA   90077 * 310.440.2990