

**STACEY SNIDER**
CO-CHAIRMAN UNIVERSAL PICTURES

August 30, 1999

John Morgan Evans
745 W. 98th Street
Los Angeles, CA 90044

RE:  BEE MOVIE

Dear John,

Thank you for submitting BEE MOVIE.

It's a humorous and entertaining story, and contained many delightful moments.  Although it is not something the studio would like to pursue at this time, I would like to offer one of our story analyst's comments if you are interested in doing more work on your script.

There's a cute idea for an animated feature here, with some promising character concepts.  But the material could use some organization; the plot lacks focus.

That's partially due to the way the story cuts back and forth between various characters very quickly at the start, which leads to some confusion.  It would be good to hang out with the important bees for a longer stretch, so that we'd get to know them better and begin to root for them.

The basic structure overall is what really needs attention.  The "Rey and Bumble" storyline and the "Honey Bees v. Killer Bees" storyline never quite come together.  There's little sense of a central conflict that builds to a satisfying climax.  After all the fighting between Rey and Babe, a sudden fire accidentally set off by the Pastor saves the honey bee hive.  Couldn't Rey be more involved in the big finish?

Set-ups for minor plot developments also lack pay-offs.  For example, Babe gets threatened by Would Bee and Could Bee early on – but they then disappear from the plot until the big fight at the end.  It's unclear what Rey's metamorphosis is all about; if it does actually occur, we never get to see it and understand it.

While Rey is an appealing misfit, Honey Bee and his other friends are only sketchily suggested.  We get that Chubbee is overweight, but the other bees could use stronger personalities.  The supporting characters in THE LION KING, for example, are all vivid and memorable, as are the featured ants in ANTZ.  Babe is on his way towards being a well-rounded bad guy, because he's insecure (no sting!); it would be great to see him as an even more "human" villain.

**UNIVERSAL STUDIOS**
100 UNIVERSAL CITY PLAZA  UNIVERSAL CITY CA 91608  TEL 818 777 7982  FAX 818 866 2151
E-MAIL stacey.snider@unistudios.com
www.universalstudios.com



It would also help to let the audience in on the rules of the story's world. While the writer has obviously done research on types of bees and bee activities, the story would be even more fun and involving if more bee information could be conveyed. We'd like more of an explanation of why the killer bees are after the honey bees on the drones' behalf. A BUG'S LIFE, for example, laid out all the necessary information (i.e. concerning ants and grasshoppers) very clearly in its opening.

John, I hope this will be helpful to you. Thanks again for thinking of me and I wish you the best of luck in seeing your project to fruition.

Warm regards,

Stacey Snider

SS/lb
encl.



**STACEY SNIDER**
CO-CHAIRMAN UNIVERSAL PICTURES

October 26, 1999

John Morgan Evans
745 W. 98th Street
Los Angeles, CA 90044

RE: TODAY TOMORROW

Dear John,

Thank you for submitting TODAY TOMORROW. While you clearly have creative ideas about the future environment, this script could benefit from more detailed characters and a better defined structure. As with BEES, your previous submission, I would like to offer one of our story analyst's comments if you are interested in doing more work on your script.

While this script addresses resonant racial issues and hints at an intriguing future world, its significant structural issues, character confusion, and lack of clarity about its futuristic setting make for a difficult read.

One gets the sense upon reading this script that the writer has a clearer idea about the story, the world, the characters, and the themes than is actually expressed in the screenplay itself. There are certainly clear, important themes, notably a look at racial oppression and an exploration (perhaps somewhat muddled, but certainly present) of women's issues and female empowerment. However, these themes unfortunately take place within an overall context that is not so clear.

The first area of concern is the structure. The script has an unconventional, two-part structure, with a first section that focuses upon woman protagonist JONI and a shorter second section that examines her father JAEPHUS. This overarching structure tends to play against the traditional (and typically desirable) three-act structure that we tend to see in studio screenplays. The net result is a script that basically builds separately two major events in the separate sections -- Joni's trip to Alaska in the first section and Jaephus' success in getting into the tunnels in the second. These almost feel more like short stories in their structure, building to a singular event rather than creating the complications and reversals we tend to see within a traditional three-act piece. Essentially, what seems to be missing here is what one typically finds within a second act in a regular screenplay -- complication, dramatic irony and reversals, subplots, and multiple narrative strands that resolve into a conclusion.

**UNIVERSAL STUDIOS**
100 UNIVERSAL CITY PLAZA  UNIVERSAL CITY CA 91608  TEL 818 777 7982  FAX 818 866 2151
E-MAIL stacey.snider@unistudios.com
www.universalstudios.com



A clear narrative progression is also an issue. While Joni's conflicts eventually become apparent, they are not set up in a strong story-oriented fashion that presents concrete problems and complications that build upon each other. Instead, Joni's issues are presented more from a character point of view, but this leaves us without a strong central storyline. We get incidents that reflect upon the society and Joni's issues, but no narrative center that can provide a spine for the movie.

Unfortunately, the problems here are not solely structural. The screenplay also stumbles in terms of the clarity of the world that it is trying to create. While there are intriguing ideas here -- the "rag," the futuristic jobs program, etc -- none of them are clear enough to really come to life. One never really understands how the "rag" works, the jobs system and the whole structure of this future society remains unclear, and there are many questions about the way things work in this future world that are simply never addressed. This is particularly important in a science fiction script, as a huge part of what makes this type of sci-fi interesting is the realism, the believability, and the creativity of the future worlds. This script definitely offers some creativity, but it hasn't tempered this with realism and believability. Weak science is also an ancillary issue here -- as sci-fi fans tend to be well-educated about science, blatant scientific stretches (such as the odd moment here in which a futuristic technology is given credit for watch-phones which in reality could be built today) are a particular problem for believability.

The believability of the future world is also an issue in making the race and gender themes at the root of this script emotionally and intellectually accessible. Since the future world doesn't feel organic right now, its dystopian racial oppression and gender inequality feels as if it exists solely to grind an axe about these issues in real life. While a connection to real-life themes is of course a major point, the elements need to feel real and to be narratively justified for this to reach the hearts of the audience. Otherwise, this becomes a political diatribe rather than a movie.

Character work is difficult to address in this script because the characters are such a part of the contextless, hard-to-understand future world. The emotional conflict between Joni and little sister TUKI is clear enough, as is their affection (although the bizarre scenes that address bad breath, which appear to have been included for comic relief, really don't work and should be replaced with something more tender). However, no one here really comes alive as people with interior psychologies. Part of the problem may be that characters are used too much for exposition. Another issue is that sociological concerns (gender, race, class, etc) or roles in society (cops, rich people, criminals, etc) seem to dominate the creation of the characters rather than internal psychology, concrete, emotionally accessible motivations, etc. This writer would do well to step aside from the thematic agenda here, loosen the focus upon character types, and re-address the characters here with a stronger focus on individuality, psychological realism, and specific, emotionally driven motivation. Dialogue is an ancillary issue, with an attendant need for greater realism. In particular, characters need to exhibit individual diction choices,



rhythmic patterns, and emotional drives in their dialogue that can flesh them out as people. Currently, they all sound a little too similar and tend to express either thematic concerns or expository material.

Overall, this script exhibits imagination, but needs to focus much more upon the writing process in order to hone that imagination into a workable, believable movie.

John, I hope this will be helpful to you. Thanks again for thinking of me and I wish you the best of luck in seeing your project to fruition.

Warm regards,

Stacey Snider

SS/lb
encl.