

Menu    Search    **Bloomberg**    Sign In    Subscribe

Cut through the chaos with real time updates on the news affecting the global economy. **Enable Notifications.**    Enable    Later

**Quick Links**    Stocks    Currencies    Commodities    Rates & Bonds    Sectors    Watchlist

RECENTLY VIEWED COMPANIES

# Dreamworks SKG

DreamWorks SKG is a digital film studio focusing on film, animation, television, music, and interactive media. The Company finances, markets, and distributes its own projects. DreamWorks provides services to major film production com- panies. The Company's projects include "Saving Private Ryan," "The Peacemaker," and "Mousehunt."

| SECTOR | INDUSTRY | SUB-INDUSTRY | FOUNDED |
|---|---|---|---|
| Communications | Media | Entertainment Content | -- |

| ADDRESS | | | PHONE |
|---|---|---|---|
| 100 Universal Plaza Bungalow 477 Universal City, CA 91608 United States | | | 1-818-733-7000 |

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for** $105 **$6. Cancel anytime.**    Claim This Offer    Sign In

Bloomberg Anywhere clients get **free access**



# Press Releases

**Why Social Media & Online Entertainment Content Users Are Focusing More on Developing 3D Animated Content**
Jul 29, 2021

**Grom Social Enterprises, Inc.: Grom Social Enterprises, Inc. Agrees to Acquire Majority Control of Kids and Family Content**
Jul 29, 2021

**Grom Social Enterprises, Inc. Agrees to Acquire Majority Control of Kids and Family Content Creator Curiosity Ink Media LLC**
Jul 29, 2021

VIEW MORE

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for** ~~$105~~ **$6. Cancel anytime.**   Claim This Offer   Sign In

Bloomberg Anywhere clients get **free access**

**AMAZON.COM INC**
3,327.59  USD  ▼ -272.33  -7.56%

XAB:GR
**NETLIST INC**
6.80  EUR  ▼ -0.16  -2.30%

HOOD:US
**ROBINHOOD MARK-A**
35.15  USD  ▲ +0.33  +0.95%

1659408D:US
**LANDIS TECHNOLOGIES INC**
Private Company

AAPL:US
**APPLE INC**
145.86  USD  ▲ +0.22  +0.15%

### The Gerber Life Grow-Up® Plan - Get A Free Quote
Gerber Life Insurance | Sponsored

### The Electric Vehicle Story Everyone's Missing
Tesla? Just a distraction from the real story. Do not miss out on this tiny company at the center of the biggest financial story of the decade.
Empire Financial Research | Sponsored

### This Strategy Game Can't Be Played Without Sufficient IQ
Total Battle - Tactical Game Online | Sponsored

### Start off 2021 By Protecting Your Kids: Get a Free Quote
Gerber Life Insurance | Sponsored

### Why Olympic Beach Volleyball Players Wear Bikinis
Bloomberg

### UAE Plans to Burn Mountains of Trash After China Stops Importing Waste
Bloomberg

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for** ~~$105~~ **$6. Cancel anytime.**

Claim This Offer     Sign In

Bloomberg Anywhere clients get **free access**

## People Also Search For

**DM1:IND**
**Generic 1st 'DM' Future**
34,832.00  USD  ▼ -142.00  -0.41%

**INDU:IND**
**DJIA**
34,935.47  USD  ▼ -149.06  -0.42%

**NQ1:IND**
**Generic 1st 'NQ' Future**
14,955.75  USD  ▼ -82.00  -0.55%

**CL1:COM**
**WTI Crude**
73.95  USD/bbl.  ▲ +0.33  +0.45%

**ES1:IND**
**Generic 1st 'ES' Future**
4,389.50  USD  ▼ -22.25  -0.50%

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for ~~$105~~ $6. Cancel anytime.**

Claim This Offer          Sign In

Bloomberg Anywhere clients get **free access**

## More From The Financial Web

**Motley Fool Issues Rare "All In" Buy Alert**
The Motley Fool

**Start Learning to Trade Today. Attend a Free Intro Class for Bonus Kit**
Online Trading Academy

**7 Reliable Stocks American's Own in Retirement**
MarketBeat.com

**What Would You Do With More Cash Back? See 2021's Best Credit Cards**
NerdWallet

**7 Mistakes You'll Make When Hiring a Financial Advisor**
smartasset

**Institutional Investors: Assess Areas Of Risk Within Investment Grade**
Aviva Investors

**This Company Stock has a 14.3% Dividend Yield. See Top Stock Dividends**
Dependable Dividends

**Spend $500 And Pocket $200 With This Card**
CompareCredit

**Wall Street Legend Says Buy TaaS Now**
Empire Financial Research

sponsored by Dianomi

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for** ~~$105~~ **$6. Cancel anytime.**

Claim This Offer     Sign In

Bloomberg Anywhere clients get **free access**