# DEADLINE

TIP US

**BREAKING NEWS**

Sony's Tom Rothman: The Film That Lit My Fuse & Why Moviegoing Will Survive Streaming And Roar Back

HOME / FILM / BREAKING NEWS

## DreamWorks Duo Stacey Snider And Steven Spielberg Staying Put



By Mike Fleming Jr

August 14, 2012 7:36am

**EXCLUSIVE**: The not-so-discreet backroom discussions that were going on between Stacey Snider, Steven Spielberg and Comcast for Snider to take a top post at Universal Pictures are now as dead as disco, I'm told.

There were widespread (but murky) reports in the last few weeks that Ron Meyer might move up to make room for the former top Universal exec Snider in a senior post at the studio. Spielberg was in the middle of those discussions, though it was unclear what role he would have played beyond a supportive one. The timing of the whole thing was unusual, given that Universal is poised to have its best annual domestic box office results ever.

I'm told that Snider and Spielberg are definitely staying where they are at DreamWorks, after solidifying a new round of funding from Reliance. They continue in a distribution deal at Disney that would have required a complicated exit. After leaving Paramount, Snider and Spielberg got their Reliance funding and made the Disney deal at the last minute after it was expected they would release their films through Universal, the lot where their headquarters are based. That created strained relations, but they seem to be thawing with forward progress on another *Jurassic Park*, a big piece of business for both parties. Spielberg most recently directed *Lincoln*, and has *Robopocalypse* up next with Chris Hemsworth, while he continues to circle the Moses epic *Gods and Kings* with Warner Bros.

Subscribe to **Deadline Breaking News Alerts** and keep your inbox happy.

# DreamWorks Animation

**DreamWorks Animation**, American entertainment company producing animated feature films, original TV series and shorts, interactive media, live entertainment, theme park attractions, and consumer products. It is based in Glendale, California.



*Shrek*

Scene from the animated motion picture *Shrek* (2001), directed by Andrew Adamson and Vicky Jenson.
© 2001 DreamWorks LLC

DreamWorks Animation originated as a division of DreamWorks SKG, a company founded in 1994 by Steven Spielberg, Jeffrey Katzenberg, and David Geffen (the "S," "K," and "G" of the company name). Katzenberg, formerly the head of film and television production of the Walt Disney Company, took charge of the new company's animated film production. In 2004 DreamWorks spun off DreamWorks Animation as an independent company, and Katzenberg stayed on as chief executive officer. In August 2016 the corporation was acquired by NBC Universal (also known as NBCUniversal), a subsidiary of Comcast Corporation, which was originally a cable television operator.

Owing to the slow pace of animated feature production, the first two DreamWorks Animation features were not released until 1998. *The Prince of Egypt*, a Biblical epic, was mostly made with traditional cel (or cell) animation technology, but the talking-insect story *Antz* was an early product of computer-generated animation. The company came to use computer animation exclusively for its own productions, but maintained for many years a partnership with Aardman, a British company that specialized in stop-motion clay animation. Starting with *Monsters vs. Aliens* (2009), DreamWorks Animation released all its feature films in 3-D, or stereoscopic, format.

*Shrek* (2001), a DreamWorks Animation film based on magazine cartoonist William Steig's book about an eponymous lovable ogre, won the first Academy Award for best animated feature. That film and its sequels were box office hits, together grossing more than $1.2 billion

in the United States alone. *Shrek 2* (2004) was the highest-grossing film—of any type—in the United States during the year of its release. Other DreamWorks animated features that were successful enough to spawn at least one sequel included *Madagascar* (2005), *Kung Fu Panda* (2008), and *How to Train Your Dragon* (2010). *The Curse of the Were-Rabbit* (2005), an Aardman film distributed by DreamWorks Animation, won the Oscar for animated feature in 2006.

DreamWorks Animation also supplied animated series to television networks and to streaming services such as Netflix. Many DreamWorks series—for example, *The Penguins of Madagascar* (2008–15) and *Kung Fu Panda: Legends of Awesomeness* (2011–16)—are feature film spin-offs. In addition, theme park attractions based on the company's films are found at a number of locations, including several parks run by Universal Studios.



*Turbo FAST*
A scene from *Turbo FAST*, an animated series that debuted in late 2013. It was the first Netflix original children's series and the first show in a long-term programming deal with DreamWorks Animation.
*Netflix/AP Images*

Robert Lewis

Citation Information

Article Title: DreamWorks Animation

Website Name: Encyclopaedia Britannica

Publisher: Encyclopaedia Britannica, Inc.

Date Published: 03 December 2020

URL: https://www.britannica.com/topic/DreamWorks-Animation

Access Date: June 04, 2021

# NBCUniversal Completes DreamWorks Animation Acquisition

08/22/16  Download PDF

NEW YORK--(BUSINESS WIRE)-- Advancing its position in kids and family entertainment, NBCUniversal, a division of Comcast Corporation (NASDAQ: CMCSA), today announced it has completed its acquisition of DreamWorks Animation SKG, Inc. (DWA). The studio will become part of the Universal Filmed Entertainment Group, which includes Universal Pictures, Fandango, and NBCUniversal Brand Development.

This Smart News Release features multimedia. View the full release here: http://www.businesswire.com/news/home/20160822006031/en/

Under terms of the deal valued at approximately $3.8 billion, DWA stockholders are receiving $41 in cash for each share of DWA common stock, and post-closing, DWA shares will no longer be listed on the NASDAQ.

In addition, on September 21, 2016, DWA will redeem all $300 million aggregate principal amount outstanding of its 6.875% Senior Notes due August 15, 2020 at a redemption price of 105.156% of the principal amount thereof, plus accrued and unpaid interest to, but not including, the date of redemption.

**About NBCUniversal**

NBCUniversal is one of the world's leading media and entertainment companies in the development, production, and marketing of entertainment, news and information to a global audience.

NBCUniversal owns and operates a valuable portfolio of news and entertainment television networks, a premier motion picture company, significant television production operations, a

## About DreamWorks Animation

DWA is a global family entertainment company with business interests that span feature film and television production; licensing and consumer products; location-based entertainment; and new media properties, including the company's controlling interest in AwesomenessTV. The company's feature film heritage includes many of the world's most-beloved characters and franchises, including Shrek, Madagascar, Kung Fu Panda and How to Train Your Dragon, while its 32 feature film releases have amassed more than $13 billion in global box office receipts. DWA's television business has quickly become one of the world's leading suppliers of high-quality family programming, reaching consumers on linear and on-demand platforms in more than 130 countries and winning a total of 25 Emmy™ Awards to date. The company's deep portfolio of intellectual property is supported by a robust, worldwide consumer products practice, which includes licensing, and location-based entertainment venues around the world. DWA is also the majority owner of AwesomenessTV, a leading video destination for Generation Z and Millennial audiences, and also owns 45% of Oriental DreamWorks, a world-class animation studio in China that produces family entertainment for both Chinese and global audiences.

Note: This press release contains forward-looking statements. Readers are cautioned that such forward-looking statements involve risks and uncertainties that could cause actual events or our actual results to differ materially from those expressed in any such forward-looking statements. Readers are directed to Comcast's periodic and other reports filed with the Securities and Exchange Commission (SEC) for a description of such risks and uncertainties. Comcast does not undertake any obligation to update any forward-looking statements.

View source version on businesswire.com:
http://www.businesswire.com/news/home/20160822006031/en/

## Press Contacts:

NBCUniversal

Lauren Skowronski, 212-664-2432

Lauren.Skowronski@nbcuni.com