GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN EVANS, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, a corporation; UNIVERSAL PICTURES dba UNIVERSAL CITY STUDIOS, LLC, a corporation; JERRY SEINFELD, an individual; STACEY SNIDER, an individual, and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.  2:21-cv-00984-CBM-PDx<br><br>*Assigned to Hon. Consuelo B. Marshall*<br><br>**ORDER GRANTING STIPULATION FOR WAIVER OF COSTS AND ATTORNEYS' FEES IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL [40]** |

# ORDER

On October 14, 2021, the parties jointly submitted a Stipulation For Waiver Of Costs and Attorneys' Fees In Exchange For Waiver Of Right To Appeal.

There being good cause for the request, the Court hereby adopts the stipulation, and holds that Plaintiff has waived his right to appeal to all appealable issues arising in and from this action, including but not limited to the September 30, 2021 dismissal and orders denying Plaintiff further leave to amend, and in exchange, Defendants have waived their right to seek to recover their costs and attorneys' fees arising from this litigation.

**IT IS SO ORDERED**

DATED: October 18, 2021

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE